



FROM:
KEVIN SOPER
704 CEDARDAY DR
BEL AIR MD.
21015

TO:
CLERK OF US DISTRICT COURT
101 W. LOMBARD ST.
BALTIMORE MD.
21201

CERTIFIED MAIL
9589 0710 5270 0767 9397 70

Retail
U.S. POSTAGE PAID
FCM LG ENV
ABINGDON, MD 21009
JAN 05, 2026
21201
$9.14
RDC 99
S2324N507159-1020

FILED ___ ENTERED
LOGGED ___ RECEIVED
JAN 8 AM
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

Utility Mailer
10 1/2" x 16"

ReadyPost





