IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KEVIN A. SOPER,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIE FARRAR, et al.,<br><br>    Defendants. | Civil Action No.: 1:26-cv-00069-JRR |

## ORDER

The above-captioned Complaint was filed with the full filing fee, and therefore Plaintiff bears the responsibility for effecting service of process on Defendants. Plaintiff may effectuate service by presenting summons to the Clerk for signature and seal and then serving a copy of the summons and Complaint on Defendants.[1]

Plaintiff has not provided summons and must do so before service of the Complaint can take place. Plaintiff will be granted 21 days from the date of this order to provide summons for each Defendant named. Plaintiff is forewarned that failure to provide summons to the Clerk will result in dismissal of the Complaint without further notice and without prejudice.

Under Federal Rule of Civil Procedure 4(e)(1), service of process on an individual must comport with the state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located. In Maryland, service on an individual Defendant is made by either: leaving a copy of the summons, Complaint, and all other papers filed with it at the individual's dwelling house or usual place of abode with a resident of suitable age and discretion, or by mailing to the person to be served a copy of the summons, Complaint, and

---

[1] The court is in receipt of Plaintiff's Request for Stay at ECF No. 3, which the court construes as a motion to stay. The court will consider Plaintiffs' motion to stay after service has been effected and Defendants have had an opportunity to respond to the motion.

all other papers filed with it by certified mail requesting "Restricted Delivery – show to whom, date, address of delivery." Md. Rule 2-121(a).

Both LexisNexis and Westlaw provide free public access to the Maryland Rules. Free public access to the Maryland Rules is also available through the Maryland State Law Library's website at: https://mdcourts.gov/lawlib/research/gateway-to-md-law/code-rules-laws-sources.

Pursuant to Federal Rule of Civil Procedure 4(c)(2), service of a summons and Complaint may be effected by any person who is not a party and who is at least 18 years of age. Plaintiff is reminded that under Federal Rule of Civil Procedure 4(l), the person effecting service of the summons and Complaint must promptly notify the court,[2] through an affidavit, that he or she has served Defendants.

If there is no record that service was effectuated on each Defendant, Plaintiff risks dismissal of this case. Pursuant to Federal Rule of Civil Procedure 4(m) and Local Rule 103.8.a., if a party demanding affirmative relief has not effectuated service of process within 90 days of filing the Complaint, the court may enter an order asking the party to show cause why the claims should not be dismissed. If the party fails to show cause within the time as set by the court, the Complaint shall be dismissed without prejudice.

Accordingly, it is this 16th day of January 2026, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Within 21 days of the date of this Order, Plaintiff SHALL SUBMIT completed summons as instructed herein, to the Clerk and the Clerk SHALL issue summons and return summons to Plaintiff;

---

[2] If Plaintiff does not use a private process server, and instead uses certified mail, restricted delivery, return receipt requested, to make service, Plaintiff must file with the Clerk the United States Post Office acknowledgment as proof of service showing who received service and when it was received.

2. Plaintiff IS FOREWARNED that failure to return completed summons within the time specified will result in dismissal of the Complaint without prejudice and without further notice; and

3. The Clerk SHALL SEND a copy of this order to Plaintiff.

Date: <u>January 16, 2026</u>                    /s/_____
                                                Julie R. Rubin
                                                United States District Judge