AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  1:26-cv-00069

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  **Willie Farrar**

was received by me on *(date)*  3/25/26

FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

MAR 31 2026

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

☐ I personally served the summons on the individual at *(place)*  Perry Point VA
Police Station                                                    on *(date)*  3/25/26  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  3/25/26

_____
Server's signature

Ronald Soper
Printed name and title

5 Manor Brook Rd.
Monkton Md 21111
Server's address

Additional information regarding attempted service, etc:

Also served by certified mail to:
U.S. Attorney for Maryland, Civil Litigation Division
U.S. Office of Attorney General, U.S. Dept. of Justice
on March 24, 2026

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  1:26-cv-00069

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

ENTERED
LOGGED ___ SCS ___ RECEIVED

MAR 3 1 2026

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

This summons for *(name of individual and title, if any)*    Dale Money

was received by me on *(date)*  3/25/26                .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*  WILLIE FARRAR           , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

VETRANS AFFAIRS POLICE           on *(date)*  3/25/26        ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00      .

I declare under penalty of perjury that this information is true.

Date: 3/25/26 _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

ALSO SERVED BY CERTIFIED MAIL TO:
U.S. ATTORNEY FOR MARYLAND, CIVIL LITIGATION DIVISON
U.S. OFFICE OF ATTORNEY GENERAL, U.S. DEPT. OF JUSTICE
ON MARCH 24, 2026

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  1:26-cv-00069

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any)  Robert Sentman

was received by me on (date) 3/25/26 .

☐ I personally served the summons on the individual at (place)

on (date)  ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)

, a person of suitable age and discretion who resides there,

on (date)  , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) Charlene M Notarcala , who is

designated by law to accept service of process on behalf of (name of organization) Circuit Court

of Cecil County Clerks office  on (date) 3/25/26 ; or

☐ I returned the summons unexecuted because  ; or

☐ Other (specify):

My fees are $  for travel and $  for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/25/26

_____
Server's signature

Ronald Soper
Printed name and title

5 Manor Brook Rd
Monkton Md 21111
Server's address

Additional information regarding attempted service, etc:

ENTERED ____ FILED
____ LOGGED  ✓ RECEIVED

MAR 31 2026

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Case 1:26-cv-00069-JRR   Document 6   Filed 02/05/26   Page 10 of 14

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-00069

_____ FILED  _____ ENTERED
_____ LOGGED  _SLS_ RECEIVED

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

MAR 3 1 2026

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

This summons for *(name of individual and title, if any)* Charlene M. Notarcola

was received by me on *(date)* 3/25/26 .

☐ I personally served the summons on the individual at *(place)* CIRCUIT COURT
OF Cecil County Clerks Office on *(date)* 3/25/26 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/25/26

_____
Server's signature

RONALD SOPER
Printed name and title

5 MANOR Brook Rd.
Monkton Md. 21111
Server's address

Additional information regarding attempted service, etc: