KEVIN SOPER
704 CEDARDAY DR.
BEL AIR MD. 21015

CERTIFIED MAIL

9589 0710 5270 3525 8479 28

Retail

U.S. POST
FCM LETTER
ABINGDON, MD
MAR 27, 2026

21201

$6.08

S2324N507153-08

RDC 99

___ FILED      ___ ENTERED
___ LOGGED     ___ RECEIVED

MAR 3 1 2026

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

UNITED STATES DISTRICT COURT HOUSE
101 W. LOMBARD ST
BALT. MD. 21201

INSPECTED BY
MAR 1 9 2026
COURT SECURITY OFFICER

1:26-CV-00069-JRR

CERTIFIED MAIL

OF THE RETURN ADDRESS, FOLD AT DOTTED LINE