**IN THE**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

KEVIN SOPER,                                            \*

        *Plaintiffs*,                            \*

      v.                                             \*      No. 1:26-cv-00069-JRR

                                  \*

WILLIE FARRAR, ET AL.,

        *Defendants*.                          \*

  \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**MOTION TO DISMISS**

Defendants, Keith Baynes, Charlene Notarcola, and Robert Sentman, by their undersigned counsel, file this motion to dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(6), and moves this Court to dismiss the Plaintiff's Complaint and all claims against him with prejudice.  (ECF No. 1.) The grounds for this motion are set out in the accompanying memorandum in support.

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

/s/ Wendy L. Shiff

_____

WENDY L. SHIFF
Federal Bar No. 09076
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland  21202
wshiff@oag.state.md.us
(410) 576-6996
(410) 576-6955 (facsimile)

April 13, 2026

*Attorneys for Defendants*
*Keith Baynes, Charlene Notarcola,*
*and Robert Sentman*

## CERTIFICATE OF SERVICE

I certify that, on this 10th day of April, 2026 the foregoing was served by CM/ECF

on all registered CMF users and by first-class mail on the following:

Kevin A. Soper
704 Cedarday Drive
Bel Air, Maryland  21015

/s/ Wendy L. Shiff

_____

Wendy L. Shiff

2

3

3