**IN THE**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

KEVIN SOPER,                                    *

        *Plaintiffs*,                    *

      v.                                        *       No. 1:26-cv-00069-JRR

                                    *

WILLIE FARRAR, ET AL.,

        *Defendants*.                    *

    *    *    *    *    *    *    *    *    *    *    *    *

**[PROPOSED] ORDER**

Upon consideration of the defendants' motion to dismiss, and any response thereto,

IT IS HEREBY ORDERED this _____ day of _____, 2026;

The motion to dismiss is GRANTED with prejudice.

_____

Julie R. Rubin, Judge