# In The Federal District Court for Maryland

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

APR 2 4 2026

____ FILED        ____ ENTERED
____ LOGGED       ____ RECEIVED

|  |  |  |
|---|---|---|
| Kevin A. Soper (Pro Se) | * | |
| | * | |
| v | * | Case Number 1:26-cv-00069 |
| | * | |
| Willie Farrar, Dale Money | * | |
| Robert Sentman, Kieth Baynes, | * | Plaintiff consents to Magistrate Jurisdiction |
| Charlene M. Notarcola | * | Jury Trial Demanded |

## Plaintiff's Motion to Extend Time to Respond

Comes now, Kevin A. Soper, Pro Se Plaintiff in the above captioned case prays this Court to allow additional time to respond to Defendant's Motion to Dismiss.

1) Plaintiff filed suit against Defendants on 01/08/2026. Summons were returned on 04/01/2026.
2) Defendants submitted a Motion to Dismiss Plaintiff's Complaint on 04/13/2026. A response to the Motion is due on 04/28/2026.
3) Plaintiff had previously scheduled travel out of State for approximately 3 weeks for his work. His previously arranged travel plans disallow a timely response to Defendant's Motion.
4) Delaying the response allows further time for The Maryland State Supreme Court to consider Plaintiff's Petition for Writ of Certiorari which has a direct bearing on the merits of the complaint.
5) Plaintiff consulted with Defendant's Counsel pursuant to Local Rule 105.9.
6) Defendants join this Motion to Extend Time to Reply.
7) No party is prejudiced by extending Plaintiff's time to respond.

   **Wherefore**, Plaintiff prays this Court for relief by extension of his time to Respond to Defendants Motion to Dismiss be no less than 42 days. Should the extension be granted the new date for a timely response will be no later than May 26th, 2026.

   **Defendant Pro Se, Kevin A. Soper, swears and affirms that the contents of this Motion are true and correct to the best of his knowledge and belief. Respectfully Submitted,**

_____        4/21/2026
Kevin A Soper (Pro Se)              Date

## Certificate of Service

Plaintiff, Kevin A. Soper, hereby certifies that Respondent State of Maryland was served with this Motion for Extension of Time to Respond via USPO First Class Registered Mail to: WENDY L. SHIFF  Assistant Attorney General. Office of the Attorney General for Maryland at;

Office of the Attorney General
200 St. Paul Place 20th Fl
Baltimore, MD 21202

Kevin A. Soper                    Date  4/21/2026

Kevin A. Soper
704 Cedarday Dr
Belair, Md 21015
newlifebering@yahoo.com