KEVIN SOPER
704 CEDARDAY DR.
BEL AIR MD. 21015

9589 0710 5270 3529 8225 25

RDC 99

UNITED STATES
POSTAL SERVICE®

Retail

21201

U.S. POSTAGE
FCM LETTER
BEL AIR, MD
APR 21, 202_

$6.08
S2324Y5006

U.S. DISTRICT COURT CLERKS
101 W. LOMBARD ST.
BALTIMORE MD. 21201

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                    DEPUTY
APR 2 4 2026

_____ FILED        _____ ENTERED
_____ LOGGED       _____ RECEIVED

CASE #1:26-CV-00069 CV9



CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

9589 0710 5270 3529 8228 25