KEVIN SOPER
704 CEDAR DAY DR.
BEL AIR MD. 21015

PLACE STICKER AT TOP
OF
CERTIFIE
UNITED STATES POSTAL SERVICE

ABINGDON, MD 21009
APR 22, 2026

21201

RDC 99

$6.08

S2324N507247-3

9589 0710 5270 3525 8455 11

SCAN
Bus.
Closed
4·25·26
+
4·27·26

INSPECTED BY
APR 17 2026
COURT SECURITY OFFICER

U.S. DISTRICT COURT CLERKS OFFICE
101 W. LOMBARD ST
BALTIMORE MD. 21201

INSPECTED BY
APR 17 2026
COURT SECURITY OFFICER

21201-260589    CASE # 1:26-cv-00069



U.S. POSTAGE PAID
FCM LETTER

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                                DEPUTY

APR 2 8 2026

_____ FILED        _____ ENTERED
_____ LOGGED       _____ RECEIVED