# In The Federal District Court for Maryland

Kevin A. Soper (Pro Se)                    *

                                        *

          v                    * Case Number   1:26-cv-00069

                                          *

Willie Farrar, Dale Money                  *

   Robert Sentman,                    * Plaintiff consents to Magistrate Jurisdiction

Charlene M. Notarcola                      *            Jury Trial Demanded

## Plaintiff's Notice of Voluntary Removal of Defendant Kieth Baynes From Suit

Plaintiff in the above captioned case, Kevin A. Soper, hereby moves this Honorable Court to Dismiss and remove Hon. Keith Baynes from the above captioned action.

1. Plaintiff filed this case on 1/28/2026 naming The Honorable Keith Baynes as a defendant.[ECF 1]
2. Defendant Baynes was named in suit specifically for his actions as alleged in the Complaint regarding jurisdictional issues which the Plaintiff believes upon information and belief were unlawful and that Defendant Baynes acted outside of his statutory jurisdiction.
3. Plaintiff, prior to filing of the instant action, appealed his state court jurisdictional claims regarding Defendant Baynes, and other Defendants, to the State Appellate Court who affirmed the lower court ruling. A Motion for Reconsideration was denied.
4. Plaintiff submitted a Petition for Writ of Certiorari to the State Supreme Court who denied the Petition without reaching the merits of the lower court case.
5. Plaintiff has submitted a Petition for Habeas Corpus on the same jurisdictional issues and claims to the Federal District Court for Maryland which is currently pending.[1:26 cv 01789-SAG]
6. This Court in this case published an ORDER[ECF 16] denying a Stay of the case and granting the Plaintiff leave to submit an Amended Petition.
7. The Plaintiff filed a Reconsideration Motion which was denied[ECF 18], and this Court set a deadline to file his Amended Complaint of 05/27/2026 excluding the underlying "false prosecution" and related claims which can be later re-submitted should the Federal Court find in favor of the Plaintiff's Habeas Corpus Claims.
8. Defendant Kieth Baynes will not appear as a Defendant in the Plaintiff's First Amended complaint.

**Wherefore,** Plaintiff in the above captioned case hereby moves this Court in good faith to Remove and Dismiss Defendant Kieth Baynes from the instant action **WITHOUT PREJUDICE,** pending relief of his Petition for Habeas Corpus currently pending.

Respectfully submitted to This Court, Petitioner swears and affirms that the contents of this Motion for Removal are true and factual to the best of his knowledge;

Signed(Plaintiff) _____ Date; 5-27-2026

Kevin A. Soper

704 Cedarday Dr
Belair, Md. 21015
newlifebearing@gmail.com

## Certificate of Service

Plaintiff in the above captioned case hereby certifies and affirms that the Defendants Counsel, Wendy Schiff appearing in this case, was served the above Motion for Removal electronically via the Court's ECF filing system.

Signed(Plaintiff) _____ Date; 6-27-2026

Kevin A. Soper

704 Cedarday Dr
Belair, Md. 21015
newlifebearing@gmail.com