**IN THE**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| KEVIN SOPER, | * |
| *Plaintiffs*, | * |
| v. | *    No. 1:26-cv-00069-JRR |
| | * |
| WILLIE FARRAR, ET AL., | * |
| *Defendants*. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**[PROPOSED] ORDER**

Upon consideration of the defendants' motion to dismiss the amended complaint, and any response thereto,

IT IS HEREBY ORDERED this _____ day of _____,
2026;

The motion to dismiss the amended complaint is GRANTED with prejudice.


_____
Julie R. Rubin, Judge