**IN THE**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

KEVIN SOPER,                              *

        *Plaintiffs*,              *

    v.                                   *        No. 1:26-cv-00069-JRR

                       *

WILLIE FARRAR, ET AL.,                    *

        *Defendants*.             *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**MOTION TO EXTEND TIME TO FILE REPLY**

Defendants, Charlene Notarcola, and Robert Sentman, by their undersigned counsel, file this motion to extend time for them to file a reply to plaintiff's opposition to the motion to dismiss the amended complaint.  The reply is due on July 7, 2026.  Undersigned counsel will be out of the country (on leave) beginning June 25, 2026.  She does not return to the office until July 20, 2026.  Defendants seek an extension to July 27, 2026.  This brief delay should not prejudice any party.

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

/s/ Wendy L. Shiff

_____

WENDY L. SHIFF
Federal Bar No. 09076
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland  21202
wshiff@oag.state.md.us
(410) 576-6996
(410) 576-6955 (facsimile)

June 24, 2026

*Attorneys for Defendants*
*Charlene Notarcola and Robert Sentman*

## CERTIFICATE OF SERVICE

I certify that, on this 24th day of June, 2026 the foregoing was served by CM/ECF

on all registered CMF users and by first-class mail on the following:

Kevin A. Soper
704 Cedarday Drive
Bel Air, Maryland  21015

/s/ Wendy L. Shiff

_____

2

Wendy L. Shiff