**IN THE**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

KEVIN SOPER,                                          *

        *Plaintiffs*,                      *

      v.                                   *        No. 1:26-cv-00069-JRR

                                   *

WILLIE FARRAR, ET AL.,                    *

        *Defendants*.                      *

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

**[PROPOSED] ORDER**

Upon consideration of the defendants' motion to extend time to file reply, response thereto,

IT IS HEREBY ORDERED this _____ day of _____, 2026;

The motion is GRANTED; the defendants' reply memorandum shall be due on July 27, 2026.


                              _____

                              Julie R. Rubin, Judge