**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| |
|---|
| **KEVIN A. SOPER,** |
| *Plaintiff*, |
| v. |
| **WILLIE FARRAR,** *et al.,* |
| *Defendants*. |

**Case No. 1:26-cv-00069-JRR**

## ORDER

Plaintiff having failed to serve the summons and complaint upon Defendants Willie Farrar and Dale Money within 90 days after initiation of this action with the filing of a complaint, it is this 29th day of June 2026,

**ORDERED** that Plaintiff show good cause within 14 days of the date of this order why the First Amended Complaint (ECF No. 21) should not be dismissed as to Defendants Farrar and Money without prejudice, as discussed by this court's orders at ECF Nos. 16 and 18, and pursuant to Federal Rule of Civil Procedure 4(m) and Local Rule 103.8.a.

/s/ _____
Julie R. Rubin
United States District Judge