# In The Federal District Court for Maryland

Kevin A. Soper (Pro Se)    *

                      *

       v             * Case Number 1:26-cv-00069

                      *

Willie Farrar, Dale Money      *

   Robert Sentman,           * Plaintiff consents to Magistrate Jurisdiction

Charlene M. Notarcola        *       Jury Trial Demanded

## Certificate of Service

Plaintiff in the above captioned case certifies that the Defendants Willie Farrar and Dale Money were served the operative FirstAmended Complaint[ECF 21], after summons was issued by The Clerk of Court[ECF 22], and was served on June 25th, 2026 personally to the individual Defendants and that both the local U.S Attorney in Baltimore and the U. S. Attorney's Office in Washington D.C. were served via USPS on the same day, June 25th, 2026. Proof of mail and personal service is returned and attached with this Certificate.

*U.S. Attorneys served via USPS to;  36 S Charles St — Baltimore, Md. 2120, AND; 950 Pennsylvania Ave – Wash D.C. 20530

_____    6/29/2026

       Kevin A. Soper           Date

704 Cedarday Dr
Belair, md 21015
newlifebearing@yahoo.com

1 Of 1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-00069

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Willie Farrar

was received by me on *(date)*    6/25/2026    .

☑ personally served the summons on the individual at *(place)*    VA Police Station

on *(date)* 6/25/2026    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: 6/25/2026

_____
*Server's signature*

Alicia Mitsock
_____
*Printed name and title*

967 Topview Dr
Edgewood MD 21040
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-00069

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Dale Money

was received by me on *(date)*    6/25/2026    .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Willie Farrar    , who is

designated by law to accept service of process on behalf of *(name of organization)*    VA Police

on *(date)*    6/25/2026    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    6/25/2026

_____
Server's signature

Alicia Mitsock
_____
Printed name and title

967 Topview Dr
Edgewood MD 21040
_____
Server's address

Additional information regarding attempted service, etc:

