# In The Federal District Court for Maryland

| | |
|---|---|
| Kevin A. Soper (Pro Se) | * |
| | * |
| v | * Case Number 1:26-cv-00069 |
| | * |
| Willie Farrar, Dale Money | * |
| Robert Sentman, | * Plaintiff consents to Magistrate Jurisdiction |
| Charlene M. Notarcola | * Jury Trial Demanded |

## Proposed Amended Certificate of Service

I, Kevin A. Soper who is the Plaintiff in the above captioned case, certify and affirm that the Service of Summons and Plaintiff's Original Complaint[ECF 1] was served personally upon Willie Farrar and Dale Money by a non-party process server. The Process Server personally effected service by handing it to Willie Farrar who accepted Service upon himself and on behalf of his inferior officer Dale Money. Service was made upon them at the V.A. Medical Center Police Station at Perry Point Maryland on March 25th, 2026.

Service to the Federal Attorneys as required by Rule was effected via USPS Mail certified delivery on March 25th, 2026. Copies of the summons and complaint were mailed to: 1) **U.S. Attorney for Maryland**
        Civil Litigation Division
        101 W. Lombard Street
        Baltimore, MD 21201 and;

       2) **U.S Office of Attorney General**
        U.S. Department of Justice
        950 Pennsylvania Avenue NW
        Washington, DC 20530.

Find attached as Exhibit "AA" the USPS "Green Receipts' for Certified Mail to each of the above addresses.

**Signed(Plaintiff)** _____ **Date;** 7/11/2026
              Kevin A. Soper

704 Cedarday Dr
Belair, Md. 21015
newlifebearing@gmail.com

1 Of 1