

*EXHIBIT "AA"*

**UNITED STATES POSTAL SERVICE.**

ABINGDON
2945 EMMORTON RD
ABINGDON, MD 21009-9998
www.usps.com

06/25/2026                              04:41 PM

TRACKING NUMBERS
9589 0710 5270 4038 7978 92
9589 0710 5270 4038 7978 85

---

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Baltimore, MD 21201

OFFICIAL USE

Certified Mail Fee  $5.30                    0209
$                              $0.00          08
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)      $ $0.00
☐ Return Receipt (electronic)    $ $0.00         Postmark
☐ Certified Mail Restricted Delivery $ $0.00      Here
☐ Adult Signature Required       $ $0.00       JUN 25 2026
☐ Adult Signature Restricted Delivery $
Postage  $2.72                                06/25/2026
$
Total Postage and Fees
$8.02
$
Sent To  U.S. ATTORNEY OFFICE
Street and Apt. No., or PO Box No. 36 S. CHARLES ST. 4th FLOOR
City, State, ZIP+4 BALTIMORE MD. 21201

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

OFFICIAL USE

Certified Mail Fee  $5.30                    0209
$                              $0.00          08
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)      $ $0.00
☐ Return Receipt (electronic)    $ $0.00         Postmark
☐ Certified Mail Restricted Delivery $ $0.00      Here
☐ Adult Signature Required       $ $0.00       JUN 25 2026
☐ Adult Signature Restricted Delivery $
Postage  $2.72                                06/25/2026
$
Total Postage and Fees
$8.02
$
Sent To  U.S. ATTORNEY GENERAL
Street and Apt. No., or PO Box No. D.O.J. CIVIL DIVISION
City, State, ZIP+4 950 PENN AVE NW WASH DC. 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

```
Mailer 10.5 x 16        2      $1.89      $3.78

First-Class Mail®       1                 $2.72
Large Envelope
    Baltimore, MD 21201
    Weight: 0 lb 4.70 oz
    Estimated Delivery Date
        Mon 06/29/2026
Certified Mail®                           $5.30
    Tracking #:
        9589 0710 5270 4038 7978 92
Total                                     $8.02

First-Class Mail®       1                 $2.72
Large Envelope
    Washington, DC 20530
    Weight: 0 lb 4.70 oz
    Estimated Delivery Date
        Mon 06/29/2026
Certified Mail®                           $5.30
    Tracking #:
        9589 0710 5270 4038 7978 85
Total                                     $8.02

------------------------------------------
Grand Total:                             $16.02
------------------------------------------
                                         $20.00
Cash
    Change: -$0.18
Rounded Change Due                       -$0.20
------------------------------------------

        TO REPORT AN ISSUE
```