# In The Circuit Court of Maryland for Cecil County



|  |  |  |
| --- | --- | --- |
| | * | |
| STATE OF MARYLAND | * | |
| v. | * | |
| KEVIN A. SOPER(Pro Se) | * | CASE NUMBER: C-07-CR-23-000258/414 |
| Defendant | * | |
| | * | |
| | * | |
| | * | |

## Motion to Recuse

Pursuant to Maryland Rule 3-505 Defendant requests The Administrative Judge of The Circuit Court for Cecil County, The Honorable Brenda A. Sexton, for Recusal and replacement of the assigned Judge in the above captioned case, The Honorable Keith Baynes.

By and through the affidavit attached, Defendant asserts an "appearance of prejudice" as noted in Md Court Rules 18-101.2(b). The Judge in the pending matter has denied and delayed motions that should be granted as a matter of law, has given the impression that Defendant's Pro Se Motions are not worthy of being heard nor considered, has acted outwardly with emotion during proceedings to the point of a physical outburst on the bench, has refused pertinent Federal paperwork derived from the Federal District for Maryland Judiciary Record presented as a courtesy to the Court in good faith and has practiced law from the bench and on the record, contrary to Md Court Rules 18-103.1(a).

Defendant prays the following relief in this matter by the Administrative Judge for Cecil County, Maryland.

1 Of 2

# In The Circuit Court of Maryland for Cecil County

STATE OF MARYLAND

v.

KEVIN A. SOPER(Pro Se)

Defendant

CASE NUMBER: C-07-CR-23-000258/414

\* \* \* \* \* \* \*

## ORDER

Upon Consideration of Defendant's Motion to Recuse, it is hereby this _____ day of

_____, 2024 **ORDERED** that   said Motion is Denied

Entered: Clerk, Circuit Court for
Cecil County, MD
June 24, 2024

Efiled to SAO and mailed to defendant
6/24/2024

**06/24/2024 2:14:46 PM**

_____   _____
Judge                        Date

Pg 1 Of 1

 Maryland Judiciary Case Search & Record Portal           Wendy Shiff ⚙

NOTICE: For existing Odyssey Portal users, before your first login here, please watch the video titled - "Training Video for New Maryland Judiciary Case Search & Record Portal" at E-filing - Attorneys | Maryland Courts

Go Back Now

## Case Detail

### Case Information

| | |
|---|---|
| Court System: | **Circuit Court For Cecil County - Criminal** |
| Location: | **Cecil Circuit Court** |
| Case Number: | **C-07-CR-23-000414** |
| Case Title: | **State of Maryland vs. Kevin A Soper** |
| Case Type: | **Criminal Indictment** |
| Filing Date: | **05/11/2023** |
| Case Status: | **Closed** |
| Tracking Number(s): | **217007000700** |

### Other Reference Numbers

| | |
|---|---|
| Consolidated: | **C-07-CR-23-000258** |
| Case Appealed: | **ACM-REG-1311-2024** |
| Case Appealed: | **ACM-REG-1751-2024** |

### Involved Parties Information

Defendant

| | |
|---|---|
| Name: | **Soper, Kevin A** |
| Added Date: | **05/11/2023** |

Race: **White**    Sex: **Male**    Height: **5'10"**    Weight: **200**
DOB: **04/19/1974**
Hair Color: **Black**    Eye Color: **Hazel**
Party in Jail: **No**
Current: **Yes**

Address:        **704 CEDAR DAY DR**
City: **BEL AIR**   State: **MD**   ZIP Code: **21015-0000**

Attorney(s) for the Defendant

Name:            **NOWICKI, TYLER JOHN**
Appearance Date:  **05/24/2023**
Removal Date:    **12/04/2023**
Address Line 1:  **JOHN W NOWICKI PA**
Address Line 2:  **727 N HICKORY AVE**
City: **BEL AIR**   State: **MD**   ZIP Code: **21014**

Plaintiff

Name:            **State of Maryland**

Attorney(s) for the Plaintiff

Name:            **State's Attorney - Cecil County Circuit Court**
Appearance Date:  **05/11/2023**
Address Line 1:  **129 E. Main Street, Suite 300**
City: **Elkton**   State: **MD**   ZIP Code: **21921**
Name:            **BROWN, ANTHONY GREGORY**
Appearance Date:  **10/31/2024**
Address Line 1:  **Attorney General of Maryland**
Address Line 2:  **200 St Paul Place**
Address Line 3:  **17th Floor**
City: **Baltimore**   State: **MD**   ZIP Code: **21202**
Name:            **Sentman, Robert E.**
Appearance Date:  **05/11/2023**
Removal Date:    **02/24/2026**
Address Line 1:  **Assistant States Attorney**
Address Line 2:  **129 E. Main Street**
City: **Elkton**   State: **MD**   ZIP Code: **21921**

Appellant

Name:    **Soper, Kevin A**

Address:    **704 CEDAR DAY DR**

City: **BEL AIR**    State: **MD**    ZIP Code: **21015-0000**

## Attorney(s) for the Appellant

Name:    **NOWICKI, TYLER JOHN**

Appearance Date:    **05/24/2023**

Removal Date:    **12/04/2023**

Address Line 1:    **JOHN W NOWICKI PA**

Address Line 2:    **727 N HICKORY AVE**

City: **BEL AIR**    State: **MD**    ZIP Code: **21014**

## Appellee

Name:    **State of Maryland**

## Attorney(s) for the Appellee

Name:    **State's Attorney - Cecil County Circuit Court**

Appearance Date:    **05/11/2023**

Address Line 1:    **129 E. Main Street, Suite 300**

City: **Elkton**    State: **MD**    ZIP Code: **21921**

Name:    **BROWN, ANTHONY GREGORY**

Appearance Date:    **10/31/2024**

Address Line 1:    **Attorney General of Maryland**

Address Line 2:    **200 St Paul Place**

Address Line 3:    **17th Floor**

City: **Baltimore**    State: **MD**    ZIP Code: **21202**

Name:    **Sentman, Robert E.**

Appearance Date:    **05/11/2023**

Removal Date:    **02/24/2026**

Address Line 1:    **Assistant States Attorney**

Address Line 2:    **129 E. Main Street**

City: **Elkton**    State: **MD**    ZIP Code: **21921**

File Date: **06/11/2024**

Party1: **Soper, Kevin A;**

Docket Entry Name: **Motion**

Comment: **Defendant's Motion to Strike; Original exited to SAO 06/11/2024**

DOCUMENT

---

File Date: **06/11/2024**

Docket Entry Name: **Ruling**

Comment: **Motion to Strike; Efiled to SAO & mailed to defendant 06/11/2024**

DOCUMENT

---

File Date: **06/11/2024**

Party1: **State's Attorney - Cecil County Circuit Court;**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

DOCUMENT

Comment: **Ruling- Motion to Strike**

---

File Date: **06/14/2024**

DOCUMENT

Docket Entry Name: **Return/Affidavit of Served Subpoena**

---

File Date: **06/14/2024**

Party1: **Soper, Kevin A;**

Docket Entry Name: **Motion**

Comment: **Motion to Recuse AND Affidavit in Support of Defendants Motion to Recuse; Original Exited to SAO 6/14/2024**

DOCUMENT

---

File Date: **06/24/2024**

Party1: **Soper, Kevin A;**

Docket Entry Name: **Order - Motion/Request/Petition Denied**

Comment: **Order- Motion to Recuse Efiled to SAO and mailed to defendant 6/24/2024**

DOCUMENT