

EXHIBIT "AA"

**UNITED STATES POSTAL SERVICE.**

ABINGDON
2945 EMMORTON RD
ABINGDON, MD 21009-9958
www.usps.com

06/25/2026                                04:41 PM

TRACKING NUMBERS
9589 0710 5270 4038 7978 92
9589 0710 5270 4038 7978 85

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| Certified Mail Fee | $5.30 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $2.72 |
| Total Postage and Fees | $8.02 |

Postmark Here
JUN 25 2026
06/25/2026

Sent To U.S. ATTORNEY OFFICE
Street and Apt. No., or PO Box No. 36 S. CHARLES ST. 4th FLOOR
City, State, ZIP+4 BALTIMORE MD. 21201

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington DC 20530 OFFICIAL USE

| Certified Mail Fee | $5.30 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $2.72 |
| Total Postage and Fees | $8.02 |

Postmark Here
JUN 25 2026
06/25/2026

Sent To U.S. ATTORNEY GENERAL
Street and Apt. No., or PO Box No. D.O.J. CIVIL DIVISION
City, State, ZIP+4 950 PENN AVE NW WASH DC. 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

```
Mailer 10.5 x 16        2       $1.89       $3.78

First-Class Mail®       1                   $2.72
Large Envelope
    Baltimore, MD 21201
    Weight: 0 lb 4.70 oz
    Estimated Delivery Date
        Mon 06/29/2026
Certified Mail®                             $5.30
    Tracking #:
        9589 0710 5270 4038 7978 92
Total                                       $8.02

First-Class Mail®       1                   $2.72
Large Envelope
    Washington, DC 20530
    Weight: 0 lb 4.70 oz
    Estimated Delivery Date
        Mon 06/29/2026
Certified Mail®                             $5.30
    Tracking #:
        9589 0710 5270 4038 7978 85
Total                                       $8.02

-----------------------------------
Grand Total:                                $15.82
-----------------------------------
                                            $20.00
Cash
    Change: -$0.18
Rounded Change Due                          -$0.20
-----------------------------------

            TO REPORT AN ISSUE
```