# In The Federal District Court for Maryland

| | |
|---|---|
| Kevin A. Soper (Pro Se) | * |
| | * |
| v | * Case Number 1:26-cv-00069 |
| | * |
| Willie Farrar, Dale Money | * |
| Robert Sentman, | * Plaintiff consents to Magistrate Jurisdiction |
| Charlene M. Notarcola | * Jury Trial Demanded |

## AFFIDAVIT OF KEVIN A. SOPER IN SUPPORT OF MOTION TO EXCLUDE EXHIBITS AND FOR LEAVE TO FILE SUR-REPLY

I, Kevin A. Soper, being first duly sworn, depose and state as follows:

1. I am the Plaintiff in the above-captioned matter, proceeding pro se. I am over the age of eighteen years and am competent to testify to the matters set forth herein. The statements in this Affidavit are based upon my own personal knowledge.

2. Attached to Plaintiff's Motion as **Exhibit A** is a true and accurate copy of a screenshot that I personally captured on June 21st, 2026.

3. To obtain the information depicted in Exhibit A, I personally accessed the Maryland Judiciary Case Search public information portal via the internet at the web address casesearch.courts.state.md.us. The screenshot in Exhibit A is a true and accurate depiction of the electronic record for my state criminal case as it appeared on that public portal after June 24th, 2024, and it has not been altered in any way. The record at that time clearly showed my Motion to Recuse as "DENIED."

4. Attached to Plaintiff's Motion as **Exhibit B** is a true and accurate copy of a screenshot that I also personally captured on the morning of June 24th, 2024 <u>before</u> the scheduled Hearing.

5. To obtain the information depicted in Exhibit B, I personally logged into the secure, non-public Maryland Electronic Filing (MDEC) system using my login credentials as a pro se party to the case. The screenshot in Exhibit B is a true and accurate depiction of the electronic docket entry for my Motion to Recuse as it appeared in the official MDEC system on the morning of June 24th, 2024 before scheduled Hearing, and it has not been altered in any way. This record also showed the motion as "GRANTED" by presiding Hon. Judge Baynes."

6. Attached to Plaintiff's Motion as **Exhibit C** is a true and accurate copy of a screenshot that I also personally captured on June 24th, 2024 <u>after</u> the scheduled

1 Of 2

Hearing.

7. To obtain the information depicted in Exhibit C, I personally accessed the Maryland Judiciary Case Search public information portal via the internet at the web address casesearch.courts.state.md.us. The screenshot in Exhibit C is a true and accurate depiction of the electronic record for my state criminal case as it appeared on that public portal after June 24th, 2024, after the scheduled Hearing, and it has not been altered in any way. This record also showed the motion as "DENIED" by Hon. Administrative Judge Sexton.

**I declare under penalty of perjury that the foregoing is true and correct.**

Kevin A. Soper, Affiant _____  _____
                                   Signature                        Date  7/22/2026

STATE OF MARYLAND COUNTY OF ___BALTIMORE___, to wit:

**I HEREBY CERTIFY** that on this __22__ day of __JULY__, 2026, before me, the subscriber, a Notary Public in and for the State and County aforesaid, personally appeared Kevin A. Soper, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained and made oath in due form of law that the matters and facts set forth are true.

WITNESS my hand and Notarial Seal.

Notary Public _____

My Commission Expires: ___2/7/2029___

(SEAL)

ANTHONY J SERAFINO
Notary Public-Maryland
Harford County
My Commission Expires
February 07, 2029

2 Of 2

Maryland Judiciary Case Search & Record Portal ▣ Sign In / Register

Go Back Now

## Case Detail

## Case Information

Court System:  **Circuit Court For Cecil County - Criminal**

Location:  **Cecil Circuit Court**

Case Number:  **C-07-CR-23-000258**

Case Title:  **State of Maryland vs. Kevin A Soper**

Case Type:  **Criminal Indictment**

Filing Date:  **03/15/2023**

Case Status:  **Closed**

Tracking Number(s):  **231001017461**

## Other Reference Numbers

Reference Number: **512230066**

Forwarded to Circuit Court: **D-032-CR-23-000302**

Consolidated:     **C-07-CR-23-000414**

Case Appealed: **ACM-REG-1311-2024**

Case Appealed: **ACM-REG-1751-2024**

Petition Filed:     **SCM-PET-0453-2025**

## Involved Parties Information

### Defendant

Name:     **Soper, Kevin A**

Race: **White**    Sex: **Male**    Height: **5'10"**    Weight: **200**    DOB: **04/19/1974**

Hair Color: **Black**    Eye Color: **Hazel**

Address:     **704 CEDAR DAY DR**

City: **BEL AIR**    State: **MD**    ZIP Code: **21015-0000**

### Attorney(s) for the Defendant

Name:     **NOWICKI, TYLER JOHN**

Appearance Date:    **04/19/2023**

Removal Date:    **12/04/2023**

| Address Line 1: | JOHN W NOWICKI PA |
| Address Line 2: | 727 N HICKORY AVE |
| City: BEL AIR | State: MD | ZIP Code: 21014 |

## Plaintiff

| Name: | **State of Maryland** |

## Attorney(s) for the Plaintiff

| Name: | **State's Attorney - Cecil County Circuit Court** |
| Appearance Date: | **03/15/2023** |
| Address Line 1: | **129 E. Main Street, Suite 300** |
| City: **Elkton** | State: **MD** | ZIP Code: **21921** |
| Name: | **BROWN, ANTHONY GREGORY** |
| Appearance Date: | **11/01/2024** |
| Address Line 1: | **Attorney General of Maryland** |
| Address Line 2: | **200 St Paul Place** |

Address Line 3: **17th Floor**

City: **Baltimore**    State: **MD**    ZIP Code: **21202**

Name: **Sentman, Robert E.**

Appearance Date: **03/15/2023**

Removal Date: **03/18/2026**

Address Line 1: **Assistant States Attorney**

Address Line 2: **129 E. Main Street**

City: **Elkton**    State: **MD**    ZIP Code: **21921**

## Appellant

Name: **Soper, Kevin A**

Address: **704 CEDAR DAY DR**

City: **BEL AIR**    State: **MD**    ZIP Code: **21015-0000**

## Attorney(s) for the Appellant

Name: **NOWICKI, TYLER JOHN**

Appearance Date: **04/19/2023**

| | |
|---|---|
| Removal Date: | **12/04/2023** |

| | |
|---|---|
| Address Line 1: | **JOHN W NOWICKI PA** |
| Address Line 2: | **727 N HICKORY AVE** |
| City: **BEL AIR** | State: **MD**   ZIP Code: **21014** |

## Appellee

| | |
|---|---|
| Name: | **State of Maryland** |

## Attorney(s) for the Appellee

| | |
|---|---|
| Name: | **State's Attorney - Cecil County Circuit Court** |
| Appearance Date: | **03/15/2023** |
| Address Line 1: | **129 E. Main Street, Suite 300** |
| City: **Elkton** | State: **MD**   ZIP Code: **21921** |
| Name: | **BROWN, ANTHONY GREGORY** |
| Appearance Date: | **11/01/2024** |
| Address Line 1: | **Attorney General of Maryland** |

Address Line 2: **200 St Paul Place**

Address Line 3: **17th Floor**

City: **Baltimore**    State: **MD**    ZIP Code: **21202**

Name: **Sentman, Robert E.**

Appearance Date: **03/15/2023**

Removal Date: **03/18/2026**

Address Line 1: **Assistant States Attorney**

Address Line 2: **129 E. Main Street**

City: **Elkton**    State: **MD**    ZIP Code: **21921**

## Probation Officer

Name: **Parole & Probation**

Address: **170 East Main Street**

City: **ELKTON**    State: **MD**    ZIP Code: **21922**

## Probation Officer

Name: **Frith, Hilda**

**Address:** **2 S. Bond Street**
**Suite 202**

City: **Bel Air**     State: **MD**     ZIP Code: **21014**

# Court Scheduling Information

| Event Type | Event Date | Event Time | Judge | Court Lc |
|---|---|---|---|---|
| **Hearing - Initial Appearance** | **05/02/2023** | **08:30 AM** | **Sexton, Brenda Alverta** | **Cecil Co** |
| **Conference - Status** | **06/06/2023** | **09:00 AM** | **Sexton, Brenda Alverta** | **Cecil Co** |
| **Conference - Pre-Trial** | **09/18/2023** | **01:30 PM** | **DEELEY, CHARLES CAREY, Jr.** | **Cecil Co** |
| **Conference - Pre-Trial** | **09/18/2023** | **01:30 PM** | **Baynes, Keith A.** | **Cecil Co** |
| **Hearing** | **09/18/2023** | **01:30 PM** | **Baynes, Keith A.** | **Cecil Co** |
| **Trial - Jury** | **09/19/2023** | **09:30 AM** | **Sexton, Brenda Alverta** | **Cecil Co** |
| **Trial - Jury** | **09/20/2023** | **09:30 AM** | **Sexton, Brenda Alverta** | **Cecil Co** |
| **Conference - Pre-Trial** | **10/02/2023** | **01:30 PM** | **Whelan, V. Michael** | **Cecil Co** |
| **Conference - Pre-Trial** | **10/02/2023** | **01:30 PM** | **Baynes, Keith A.** | **Cecil Co** |
| **Hearing** | **10/02/2023** | **01:30 PM** | **Baynes, Keith A.** | **Cecil Co** |
| **Trial - Jury** | **10/03/2023** | **09:30 AM** | **Sexton, Brenda Alverta** | **Cecil Co** |
| **Trial - Jury** | **10/04/2023** | **09:30 AM** | **Sexton, Brenda Alverta** | **Cecil Co** |
| **Hearing - Motion** | **11/16/2023** | **01:30 PM** | **Baynes, Keith A.** | **Cecil Co** |
| **Conference - Pre-Trial** | **12/04/2023** | **01:30 PM** | **Baynes, Keith A.** | **Cecil Co** |

| Event Type | Event Date | Event Time | Judge | Court Lc |
|---|---|---|---|---|
| Hearing - Postponement | 12/04/2023 | 01:30 PM | Sexton, Brenda Alverta | Cecil Co |
| Trial - Jury | 12/05/2023 | 09:30 AM | Baynes, Keith A. | Cecil Co |
| Trial - Jury | 12/06/2023 | 09:30 AM | Baynes, Keith A. | Cecil Co |
| Hearing - Motion | 12/20/2023 | 01:30 PM | Baynes, Keith A. | Cecil Co |
| Conference - Pre-Trial | 02/26/2024 | 01:30 PM | Baynes, Keith A. | Cecil Co |
| Hearing | 02/26/2024 | 01:30 PM | Baynes, Keith A. | Cecil Co |
| Trial - Jury | 02/28/2024 | 09:30 AM | Baynes, Keith A. | Cecil Co |
| Trial - Jury | 02/29/2024 | 09:30 AM | Baynes, Keith A. | Cecil Co |
| Conference - Pre-Trial | 06/24/2024 | 01:30 PM | Sexton, Brenda Alverta | Cecil Co |
| Hearing | 06/24/2024 | 01:30 PM | Sexton, Brenda Alverta | Cecil Co |
| Trial - Jury | 06/26/2024 | 09:30 AM | Baynes, Keith A. | Cecil Co |
| Trial - Jury | 06/27/2024 | 09:30 AM | Baynes, Keith A. | Cecil Co |
| Conference - Pre-Trial | 08/30/2024 | 09:00 AM | Baynes, Keith A. | Cecil Co |
| Trial - Jury | 09/04/2024 | 09:00 AM | Baynes, Keith A. | Cecil Co |
| Hearing | 09/04/2024 | 09:00 AM | Baynes, Keith A. | Cecil Co |
| Trial - Jury | 09/05/2024 | 08:30 AM | Baynes, Keith A. | Cecil Co |
| Hearing - Sentencing | 10/15/2024 | 09:00 AM | Baynes, Keith A. | Cecil Co |

# Charge and Disposition Information

Charge Number: **1**        CJIS Code: **1-5705**        Statute Code: **CJ.10.402**

Charge Description: **DISCLOSE/USE WIRETAP**        Charge Class: **Felony Circuit Court**

Offense Date From: **01/30/2023** To: **01/31/2023**

**Disposition**

Plea: **Not Guilty**        Plea Date: **09/04/2024**        Judge: **Baynes, Keith A.**

Disposition: **Guilty**        Disposition Date: **09/05/2024**        Judge: **Baynes, Keith A.**

**Sentence**

Judge: **Baynes, Keith A.**

**Jail**

Life: **false**        Death: **false**        Start Date: **10/15/2024**

Jail        Yrs: **0** Mos: **0** Days: **90** Hours:        Suspended        **Suspend Entire**

Term:        **0**        Term:        **Sentence**

---

Charge Number: **2**        CJIS Code: **1-5705**        Statute Code: **CJ.10.402**

Charge Description: **DISCLOSE/USE WIRETAP**        Charge Class: **Felony Circuit Court**

Offense Date From: **01/30/2023** To: **01/31/2023**

**Disposition**

Plea: **Not Guilty**        Plea Date: **09/04/2024**        Judge: **Baynes, Keith A.**

Disposition: **Guilty**        Disposition Date: **09/05/2024**        Judge: **Baynes, Keith A.**

**Sentence**

Judge: **Baynes, Keith A.**

*Jail*

Life: **false**          Death: **false**          Start Date: **10/15/2024**

Jail          Yrs: **0** Mos: **0** Days: **90** Hours:          Suspended          **Suspend Entire**
Term:          **0**                                              Term:          **Sentence**

Cons/Conc: **Concurrent With Counts: DISCLOSE/USE WIRETAP**

---

Charge Number: **3**          CJIS Code: **1-5705**          Statute Code: **CJ.10.402**

Charge Description: **DISCLOSE/USE WIRETAP**          Charge Class: **Felony Circuit Court**

Offense Date From: **01/30/2023** To: **01/31/2023**

*Disposition*

Plea: **Not Guilty**          Plea Date: **09/04/2024**          Judge: **Baynes, Keith A.**

Disposition: **Guilty**          Disposition Date: **09/05/2024**          Judge: **Baynes, Keith A.**

*Sentence*

Judge: **Baynes, Keith A.**

*Jail*

Life: **false**          Death: **false**          Start Date: **10/15/2024**

Jail          Yrs: **0** Mos: **0** Days: **90** Hours:          Suspended          **Suspend Entire**
Term:          **0**                                              Term:          **Sentence**

Cons/Conc: **Concurrent With Counts: DISCLOSE/USE WIRETAP**

**Probation**

Supervised: **true** Yrs: **0** Mos: **18** Days: **0** Hours: **0**
UnSupervised:
**false**
Yrs: **0** Mos: **0** Days: **0** Hours: **0**

# Bond Setting Information

Bail Date: **02/23/2023**
Setting Type: **Unsecured Personal Bond**
Bail Amount: **$3500.00**

# Bail Bond Information

| Bond Type | Bail Amount | Bond Status Date | Bond Status |
|---|---|---|---|
| UPB | $3,500 | 02/23/2023 | Posted |
| UPB | $3,500 | 10/15/2024 | Released |

# Docket Entries

File Date: **02/03/2023**
Docket Entry Name: **Statement of Charges**

File Date: **02/03/2023**
Docket Entry Name: **Arrest Warrant Issued**

Docket Entry Name: **Warrant/Writ Served**

File Date: **02/22/2023**

Docket Entry Name: **Initial Appearance**

File Date: **02/22/2023**

Docket Entry Name: **Commitment Pending Hearing**

File Date: **02/23/2023**

Docket Entry Name: **Attorney Appearance Filed**

File Date: **02/23/2023**

Docket Entry Name: **Bail Review Docket Sheet**

File Date: **02/23/2023**

Docket Entry Name: **Commitment Pending Hearing**

File Date: **02/23/2023**

Docket Entry Name: **Bond Posted**

File Date: **02/23/2023**

Docket Entry Name: **Release From Commitment**

File Date: **03/15/2023**

Docket Entry Name: **Criminal Indictment**

File Date: **03/15/2023**

Docket Entry Name: **Criminal Information Filed in Circuit Court**

File Date: **03/15/2023**

Docket Entry Name: **Attorney Appearance for State**

File Date: **03/15/2023**

Docket Entry Name: **Request to Issue Summons**

File Date: **03/15/2023**

Docket Entry Name: **Arrest Date**

File Date: **03/16/2023**

Docket Entry Name: **Transmittal Form**

File Date: **03/16/2023**

Docket Entry Name: **Summons Issued (Service Event)**

File Date: **04/19/2023**

Docket Entry Name: **Defense Attorney Appearance Filed**

File Date: **04/19/2023**

Docket Entry Name: **Motion / Request - For Speedy Trial**

File Date: **04/19/2023**

Docket Entry Name: **Discovery Pursuant to Rule 4-263**

File Date: **04/19/2023**

Docket Entry Name: **Motion / Request / Demand for Discovery and Inspection**

File Date: **04/19/2023**

Docket Entry Name: **Omnibus Motion**

File Date: **04/19/2023**

Docket Entry Name: **Demand / Request for Presence of Chemist/Analyst**

File Date: **04/20/2023**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **04/20/2023**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **04/20/2023**

Docket Entry Name: **Criminal Assignment Notice**

File Date: **04/24/2023**

Docket Entry Name: **Notice Filed**

File Date: **04/27/2023**

Docket Entry Name: **Notice Filed**

File Date: **05/08/2023**

Docket Entry Name: **Ruling**

File Date: **05/08/2023**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **05/10/2023**

Docket Entry Name: **Returned Notice / Summons / Document**

File Date: **05/18/2023**

Docket Entry Name: **Pretrial Release**

File Date: **05/18/2023**

Docket Entry Name: **Order**

File Date: **05/18/2023**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **05/19/2023**

Docket Entry Name: **Notice Filed**

File Date: **05/19/2023**

Docket Entry Name: **Supporting Document**

File Date: **06/06/2023**

Docket Entry Name: **Hearing Sheet**

---

File Date: **09/13/2023**

Docket Entry Name: **Motion / Request - To Dismiss**

---

File Date: **09/13/2023**

Docket Entry Name: **Supporting Exhibit**

---

File Date: **09/13/2023**

Docket Entry Name: **Supporting Exhibit**

---

File Date: **09/13/2023**

Docket Entry Name: **Supporting Exhibit**

---

File Date: **09/13/2023**

Docket Entry Name: **Supporting Exhibit**

---

File Date: **09/18/2023**

Docket Entry Name: **Hearing Sheet**

---

File Date: **09/18/2023**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

---

File Date: **09/18/2023**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **09/18/2023**

Docket Entry Name: **Criminal Assignment Notice**

File Date: **09/28/2023**

Docket Entry Name: **State's Answer / Response**

File Date: **09/28/2023**

Docket Entry Name: **Supporting Exhibit**

File Date: **09/29/2023**

Docket Entry Name: **Response/Reply**

File Date: **09/29/2023**

Docket Entry Name: **Supporting Exhibit**

File Date: **09/29/2023**

Docket Entry Name: **Supporting Exhibit**

File Date: **09/29/2023**

Docket Entry Name: **Supporting Exhibit**

File Date: **09/29/2023**

Docket Entry Name: **Notice of Discovery**

File Date: **09/29/2023**

Docket Entry Name: **Notice of Discovery**

---

File Date: **09/29/2023**

Docket Entry Name: **Notice of Discovery**

---

File Date: **09/29/2023**

Docket Entry Name: **Notice of Discovery**

---

File Date: **09/29/2023**

Docket Entry Name: **Notice of Discovery**

---

File Date: **09/29/2023**

Docket Entry Name: **Notice of Discovery**

---

File Date: **09/29/2023**

Docket Entry Name: **Notice of Discovery**

---

File Date: **09/29/2023**

Docket Entry Name: **Notice of Discovery**

---

File Date: **09/29/2023**

Docket Entry Name: **Notice of Discovery**

---

File Date: **10/02/2023**

Docket Entry Name: **Hearing Sheet**

File Date: **10/02/2023**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **10/02/2023**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **10/02/2023**

Docket Entry Name: **Criminal Assignment Notice**

File Date: **10/02/2023**

Docket Entry Name: **Waiver of Hick's Rule**

File Date: **10/05/2023**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **10/05/2023**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **10/05/2023**

Docket Entry Name: **Criminal Assignment Notice**

File Date: **11/16/2023**

Docket Entry Name: **Hearing Sheet**

Docket Entry Name: **Motion - Reconsideration**

File Date: **11/20/2023**

Docket Entry Name: **Supporting Exhibit**

File Date: **11/20/2023**

Docket Entry Name: **Supporting Exhibit**

File Date: **11/20/2023**

Docket Entry Name: **Supporting Exhibit**

File Date: **11/20/2023**

Docket Entry Name: **Supporting Exhibit**

File Date: **11/21/2023**

Docket Entry Name: **Ruling**

File Date: **11/21/2023**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **11/27/2023**

Docket Entry Name: **Motion/Request/Notice - Strike/Withdraw Appearance**

File Date: **11/28/2023**

Docket Entry Name: **Motion / Request - To Dismiss**

File Date: **11/28/2023**

Docket Entry Name: **Motion**

File Date: **11/28/2023**

Docket Entry Name: **Ruling**

File Date: **11/28/2023**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **11/29/2023**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **11/29/2023**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **11/29/2023**

Docket Entry Name: **Criminal Assignment Notice**

File Date: **11/29/2023**

Docket Entry Name: **Ruling**

File Date: **11/29/2023**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **12/04/2023**

Docket Entry Name: **Hearing Sheet**

File Date: **12/04/2023**

Docket Entry Name: **Hearing Sheet**

File Date: **12/05/2023**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **12/05/2023**

Docket Entry Name: **Waiver of Hick's Rule**

File Date: **12/05/2023**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **12/05/2023**

Docket Entry Name: **Criminal Assignment Notice**

File Date: **12/18/2023**

Docket Entry Name: **Ruling**

File Date: **12/18/2023**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **02/20/2024**

Docket Entry Name: **Motion**

File Date: **02/20/2024**

Docket Entry Name: **Ruling**

File Date: **02/21/2024**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **02/21/2024**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **02/21/2024**

Docket Entry Name: **Criminal Assignment Notice**

File Date: **02/22/2024**

Docket Entry Name: **Correspondence**

File Date: **02/22/2024**

Docket Entry Name: **Ruling**

File Date: **02/22/2024**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **02/26/2024**

Docket Entry Name: **Hearing Sheet**

File Date: **02/26/2024**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

---

File Date: **02/26/2024**

Docket Entry Name: **Criminal Assignment Notice**

---

File Date: **05/24/2024**

Docket Entry Name: **Motion / Request / Demand for Discovery and Inspection**

---

File Date: **05/24/2024**

Docket Entry Name: **Supporting Exhibit**

---

File Date: **05/24/2024**

Docket Entry Name: **Motion**

---

File Date: **06/05/2024**

Docket Entry Name: **State's Answer / Response**

---

File Date: **06/05/2024**

Docket Entry Name: **Ruling**

---

File Date: **06/05/2024**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

---

File Date: **06/10/2024**

Docket Entry Name: **Motion**

File Date: **06/10/2024**

Docket Entry Name: **Motion**

File Date: **06/10/2024**

Docket Entry Name: **Ruling**

File Date: **06/10/2024**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

**NOTICE: For existing Odyssey Portal users, before your first login here, please watch the video titled - "Training Video for New Maryland Judiciary Case Search & Record Portal" at** E-filing - Attorneys | Maryland Courts

File Date: **06/10/2024**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **06/11/2024**

Docket Entry Name: **Voir Dire**

File Date: **06/11/2024**

Docket Entry Name: **Motion**

File Date: **06/11/2024**

Docket Entry Name: **Ruling**

File Date: **06/11/2024**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **06/14/2024**

Docket Entry Name: **Return/Affidavit of Served Subpoena**

File Date: **06/14/2024**

Docket Entry Name: **Motion**

File Date: **06/24/2024**

Docket Entry Name: **Order - Motion/Request/Petition Denied**

File Date: **06/24/2024**

Docket Entry Name: **Requested Voir Dire**

File Date: **06/24/2024**

Docket Entry Name: **Hearing Sheet**

File Date: **06/24/2024**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **06/24/2024**

Docket Entry Name: **Court Found Good Cause for Postponement**

File Date: **06/24/2024**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **06/24/2024**

Docket Entry Name: **Criminal Assignment Notice**

File Date: **06/26/2024**

Docket Entry Name: **Correspondence**

File Date: **07/25/2024**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **07/25/2024**

Docket Entry Name: **Criminal Assignment Notice**

File Date: **08/12/2024**

Docket Entry Name: **Motion-Change of Venue-Criminal**

File Date: **08/26/2024**

Docket Entry Name: **State's Answer / Response**

File Date: **08/26/2024**

Docket Entry Name: **Supporting Exhibit**

File Date: **08/26/2024**

Docket Entry Name: **Supporting Document**

File Date: **08/26/2024**

Docket Entry Name: **Supporting Document**

File Date: **08/26/2024**

Docket Entry Name: **Supporting Document**

File Date: **08/27/2024**

Docket Entry Name: **Supporting Document**

File Date: **08/27/2024**

Docket Entry Name: **Supporting Document**

File Date: **08/27/2024**

Docket Entry Name: **Response/Reply**

File Date: **08/27/2024**

Docket Entry Name: **Motion / Request - To Dismiss**

File Date: **08/27/2024**

Docket Entry Name: **Notice of Appeal to ACM**

File Date: **08/28/2024**

Docket Entry Name: **Order**

File Date: **08/28/2024**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **08/29/2024**

Docket Entry Name: **State's Answer / Response**

File Date: **08/29/2024**

Docket Entry Name: **Ruling**

File Date: **08/29/2024**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **08/29/2024**

Docket Entry Name: **Motion - Limine**

File Date: **08/30/2024**

Docket Entry Name: **Hearing Sheet**

File Date: **09/03/2024**

Docket Entry Name: **Request - Jury Instructions**

File Date: **09/04/2024**

Docket Entry Name: **Hearing Sheet**

File Date: **09/04/2024**

Docket Entry Name: **Voir Dire**

File Date: **09/05/2024**

Docket Entry Name: **Hearing Sheet**

File Date: **09/05/2024**

Docket Entry Name: **Property Received as Evidence**

File Date: **09/05/2024**

Docket Entry Name: **Jury Instructions**

File Date: **09/05/2024**

Docket Entry Name: **Verdict Sheet**

File Date: **09/09/2024**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **09/09/2024**

Docket Entry Name: **Criminal Assignment Notice**

File Date: **09/10/2024**

Docket Entry Name: **Motion / Request - To Stay**

File Date: **09/10/2024**

Docket Entry Name: **Certificate of Service**

File Date: **09/16/2024**

Docket Entry Name: **Ruling**

File Date: **09/16/2024**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **09/23/2024**

Docket Entry Name: **State's Answer / Response**

File Date: **09/24/2024**

Docket Entry Name: **Ruling**

File Date: **09/24/2024**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **09/30/2024**

Docket Entry Name: **Transcript**

File Date: **09/30/2024**

Docket Entry Name: **Transcript**

File Date: **09/30/2024**

Docket Entry Name: **Transcript**

File Date: **09/30/2024**

Docket Entry Name: **Transcript**

Docket Entry Name: **Order**

---

File Date: **10/15/2024**

Docket Entry Name: **Hearing Sheet**

---

File Date: **10/15/2024**

Docket Entry Name: **Order - Probation/Supervision Docket**

---

File Date: **10/15/2024**

Docket Entry Name: **Copies**

---

File Date: **10/15/2024**

Docket Entry Name: **Case Closed**

---

File Date: **10/15/2024**

Docket Entry Name: **Bond Released**

---

File Date: **10/16/2024**

Docket Entry Name: **Bill of Costs**

---

File Date: **10/21/2024**

Docket Entry Name: **Transcript**

---

File Date: **10/31/2024**

Docket Entry Name: **Order Received from Appellate Court of Maryland**

File Date: **10/31/2024**

Docket Entry Name: **Mandate Received from Appellate Court of Maryland**

File Date: **10/31/2024**

Docket Entry Name: **Notice of Appeal to ACM**

File Date: **12/20/2024**

Docket Entry Name: **Probation Report - Informative**

File Date: **12/31/2024**

Docket Entry Name: **Physical Exhibit(s) / Record(s) Received**

File Date: **12/31/2024**

Docket Entry Name: **Certification**

File Date: **12/31/2024**

Docket Entry Name: **Original Record Sent**

File Date: **12/31/2024**

Docket Entry Name: **Cover Sheet**

File Date: **12/31/2024**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **12/31/2024**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **12/31/2024**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **01/09/2025**

Docket Entry Name: **Probation Report**

File Date: **01/13/2025**

Docket Entry Name: **Certified Mail Return Receipt Received**

File Date: **01/08/2026**

Docket Entry Name: **Unreported Opinion from ACM**

File Date: **01/28/2026**

Docket Entry Name: **Mandate Received from Appellate Court of Maryland**

File Date: **01/29/2026**

Docket Entry Name: **Acknowledgement of Petition for Writ of Certiorari**

File Date: **03/18/2026**

Docket Entry Name: **Motion / Request - To Dismiss**

File Date: **03/18/2026**

Docket Entry Name: **Supporting Exhibit**

File Date: **03/18/2026**

Docket Entry Name: **Ruling**

File Date: **03/18/2026**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **03/19/2026**

Docket Entry Name: **Motion / Request - To Dismiss**

File Date: **03/19/2026**

Docket Entry Name: **Supporting Document**

File Date: **03/19/2026**

Docket Entry Name: **Supporting Document**

File Date: **03/19/2026**

Docket Entry Name: **Supporting Document**

File Date: **03/20/2026**

Docket Entry Name: **Ruling**

Docket Entry Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **04/14/2026**

Docket Entry Name: **Transcript**

File Date: **04/27/2026**

Docket Entry Name: **Order Received from Supreme Court of Maryland**

# Service Information

| Service Type | Issue Date |
| --- | --- |
| Summons Issued | 03/16/2023 |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*