EXHIBIT "B"



**Maryland Judiciary Record Search**

06/24/2024  9:32AM

Welcome, Kevin

mdecportal.courts.state.md.us/MDODYSSEYPORTAL/Home/WorkspaceMode?p=0

06/14/2024 Order - Motion/Request/Petition Granted

Judicial Officer
Baynes, Keith A.

06/24/2024 Conference - Pre-Trial

Original Type
Conference - Pre-Trial

| View Document | CECC-FPRV-002 IMPORTANT NOTICE OF CHANGE IN TRIAL ASSIGNMENT |
| View Document | CECC-FPRV-002 IMPORTANT NOTICE OF CHANGE IN TRIAL ASSIGNMENT |

Judicial Officer
Sexton, Brenda Alverta

Hearing Time
1:30 PM

Result
Postponed

Parties Present
Plaintiff: State of Maryland

  State's Attorney: Sentman, Robert E.

Defendant: SOPER, KEVIN A