# Maryland Judiciary Case Search

**NOTICE: Available**

# Case Detail

## Case Information

| | |
|---|---|
| Court System: | **Circuit Court For Cecil County – Criminal** |
| Location: | **Cecil Circuit Court** |
| Case Number: | **C-07-CR-23-000258** |
| Title: | **State of Maryland vs. KEVIN A SOPER** |
| Case Type: | **Criminal Indictment** |
| Filing Date: | **03/15/2023** |
| Case Status: | **Open** |
| Tracking Number(s): | **231001017461** |

## Other Reference Numbers

Reference Number:: **512230066**
Forwarded to Circuit Court: **D-032-CR-23-000302**
Consolidated: **C-07-CR-23-000414**

## Defendant Information

### Defendant

Name: **SOPER, KEVIN A**
Race: **White**   Sex: **Male**   Height: **5'10"**   Weight: **200**
HairColor: **Black**   EyeColor: **Hazel**
DOB: **04/19/1974**
Address: **704 CEDAR DAY DR**
City: **BEL AIR**   State: **MD**   Zip Code: **21015-0000**

### Attorney(s) for the Defendant

| | |
|---|---|
| Name: | **Nowicki, Tyler Esquire** |
| Appearance Date: | **04/19/2023** |
| Removal Date: | **12/04/2023** |
| Address Line 1: | **JOHN W NOWICKI PA** |
| Address Line 2: | **727 N HICKORY AVE** |
| City: | **BEL AIR**   State: **MD**   Zip Code: **21014** |

Name: **State of Maryland**

## Attorney(s) for the Plaintiff

| | |
|---|---|
| Name: | **Sentman, Robert E.** |
| Appearance Date: | **03/15/2023** |
| Address Line 1: | **Assistant States Attorney** |
| Address Line 2: | **129 E. Main Street** |
| City: | **Elkton**   State: **MD**   Zip Code: **21921** |

| | |
|---|---|
| Name: | **State's Attorney – Cecil County Circuit Court** |
| Appearance Date: | **03/15/2023** |
| Address Line 1: | **129 E. Main Street, Suite 300** |
| City: | **Elkton**   State: **MD**   Zip Code: **21921** |

## Court Scheduling Information

| Event Type | Event Date | Event Time | Judge | Court Location | Court Room | Result |
|---|---|---|---|---|---|---|
| Hearing - Initial Appearance | 05/02/2023 | 08:30:00 | Sexton, Brenda Alverta | Cecil County Circuit Calendar | Courtroom 1 - 2nd Floor | CancelledReason: Cancelled/Vacated |
| Conference - Status | 06/06/2023 | 09:00:00 | Sexton, Brenda Alverta | Cecil County Circuit Calendar | Courtroom 1 - 2nd Floor | Concluded / Held |
| Conference - Pre-Trial | 09/18/2023 | 13:30:00 | DEELEY, CHARLES CAREY, Jr. | Cecil County Circuit Calendar | Courtroom 1 - 2nd Floor | Reset |
| Conference - Pre-Trial | 09/18/2023 | 13:30:00 | Baynes, Keith A. | Cecil County Circuit Calendar | Courtroom 4 - 2nd Floor | Postponed |
| Hearing | 09/18/2023 | 13:30:00 | Baynes, Keith A. | Cecil County Circuit Calendar | Courtroom 4 - 2nd Floor | Concluded / Held |
| Trial - Jury | 09/19/2023 | 09:30:00 | Sexton, Brenda Alverta | Cecil County Circuit Calendar | Courtroom 1 - 2nd Floor | CancelledReason: Postponed/Reset |
| Trial - Jury | 09/20/2023 | 09:30:00 | Sexton, Brenda Alverta | Cecil County | Courtroom 1 - 2nd Floor | CancelledReason: Postponed/Reset |

| Event | Date | Time | Judge | Location | Courtroom | Status |
|---|---|---|---|---|---|---|
| Conference - Pre-Trial | 10/02/2023 | 13:30:00 | Whelan, V. Michael | Cecil County Circuit Calendar | Courtroom 1 - 2nd Floor | Reset |
| Conference - Pre-Trial | 10/02/2023 | 13:30:00 | Baynes, Keith A. | Cecil County Circuit Calendar | Courtroom 4 - 2nd Floor | Postponed |
| Hearing | 10/02/2023 | 13:30:00 | Baynes, Keith A. | Cecil County Circuit Calendar | Courtroom 4 - 2nd Floor | Concluded / Held |
| Trial - Jury | 10/03/2023 | 09:30:00 | Sexton, Brenda Alverta | Cecil County Circuit Calendar | Courtroom 1 - 2nd Floor | CancelledReason: Postponed/Reset |
| Trial - Jury | 10/04/2023 | 09:30:00 | Sexton, Brenda Alverta | Cecil County Circuit Calendar | Courtroom 1 - 2nd Floor | CancelledReason: Postponed/Reset |
| Hearing - Motion | 11/16/2023 | 13:30:00 | Baynes, Keith A. | Cecil County Circuit Calendar | Courtroom 4 - 2nd Floor | Concluded / Held |
| Conference - Pre-Trial | 12/04/2023 | 13:30:00 | Baynes, Keith A. | Cecil County Circuit Calendar | Courtroom 4 - 2nd Floor | Concluded / Held |
| Hearing - Postponement | 12/04/2023 | 13:30:00 | Sexton, Brenda Alverta | Cecil County Circuit Calendar | Courtroom 1 - 2nd Floor | Concluded / Held |
| Trial - Jury | 12/05/2023 | 09:30:00 | Baynes, Keith A. | Cecil County Circuit Calendar | Courtroom 4 - 2nd Floor | CancelledReason: Postponed/Reset |
| Trial - Jury | 12/06/2023 | 09:30:00 | Baynes, Keith A. | Cecil County Circuit Calendar | Courtroom 4 - 2nd Floor | CancelledReason: Postponed/Reset |
| Hearing - Motion | 12/20/2023 | 13:30:00 | Baynes, Keith A. | Cecil County Circuit Calendar | Courtroom 4 - 2nd Floor | |
| Conference - Pre-Trial | 02/26/2024 | 13:30:00 | Baynes, Keith A. | Cecil County Circuit Calendar | Courtroom 4 - 2nd Floor | Postponed |

| | | | | | | |
|---|---|---|---|---|---|---|
| Hearing | 02/26/2024 | 13:30:00 | Baynes, Keith A. | Cecil County Circuit Calendar | Courtroom 4 – 2nd Floor | Concluded / Held |
| Trial - Jury | 02/28/2024 | 09:30:00 | Baynes, Keith A. | Cecil County Circuit Calendar | Courtroom 4 – 2nd Floor | CancelledReason: Postponed/Reset |
| Trial - Jury | 02/29/2024 | 09:30:00 | Baynes, Keith A. | Cecil County Circuit Calendar | Courtroom 4 – 2nd Floor | CancelledReason: Postponed/Reset |
| Conference - Pre-Trial | 06/24/2024 | 13:30:00 | Sexton, Brenda Alverta | Cecil County Circuit Calendar | Courtroom 1 – 2nd Floor | Postponed |
| Hearing | 06/24/2024 | 13:30:00 | Sexton, Brenda Alverta | Cecil County Circuit Calendar | Courtroom 1 – 2nd Floor | Concluded / Held |
| Trial - Jury | 06/26/2024 | 09:30:00 | Baynes, Keith A. | Cecil County Circuit Calendar | Courtroom 4 – 2nd Floor | CancelledReason: Postponed/Reset |
| Trial - Jury | 06/27/2024 | 09:30:00 | Baynes, Keith A. | Cecil County Circuit Calendar | Courtroom 4 – 2nd Floor | CancelledReason: Postponed/Reset |
| Conference - Pre-Trial | 08/30/2024 | 09:00:00 | Baynes, Keith A. | Cecil County Circuit Calendar | Courtroom 4 – 2nd Floor | |
| Trial - Jury | 09/04/2024 | 09:30:00 | Baynes, Keith A. | Cecil County Circuit Calendar | Courtroom 4 – 2nd Floor | |
| Trial - Jury | 09/05/2024 | 09:30:00 | Baynes, Keith A. | Cecil County Circuit Calendar | Courtroom 4 – 2nd Floor | |

# Charge and Disposition Information

Charge No: **1**   CJIS Code: **1-5705**   Statute Code: **CJ.10.402**

Charge Description: **DISCLOSE/USE WIRETAP**   Charge Class: **Felony Circuit Court**

**Probable Cause:**

Offense Date From: **01/30/2023**   To: **01/31/2023**

Agency Name:   **Officer ID:**

Charge No: **2**   CJIS Code: **1-5705**   Statute Code: **CJ.10.402**

Probable Cause:
Offense Date From: 01/30/2023   To: 01/31/2023
Agency Name:      Officer ID:

Charge No: 3   CJIS Code: 1-5705   Statute Code: CJ.10.402
Charge Description: DISCLOSE/USE WIRETAP   Charge Class: Felony Circuit Court
Probable Cause:
Offense Date From: 01/30/2023   To: 01/31/2023
Agency Name:      Officer ID:

Charge No: 4   CJIS Code: 2-0050   Statute Code: CR.10.201.(c)(2)
Charge Description: DISORDERLY CONDUCT   Charge Class: Misdemeanor
Probable Cause:
Offense Date From: 01/30/2023   To: 01/31/2023
Agency Name:      Officer ID:

# Bond Setting Information

Bail Date:        02/23/2023
Bail Setting Type: Unsecured Personal Bond
Bail Amount:       $3,500.00
Judge:

# Bail Bond Information

| Type | Bond Amount Posted | Bond Status Date | Bond Status |
|------|--------------------|------------------|-------------|
| UPB  | $3,500.00          | 02/23/2023       | Posted      |

# Document Information

File Date:        02/03/2023
Document Name: Statement of Charges

File Date:        02/03/2023
Document Name: Arrest Warrant Issued

File Date:        02/22/2023
Document Name: Warrant/Writ Served

File Date:        02/22/2023
Document Name: Initial Appearance

File Date:        02/22/2023

File Date:        **02/23/2023**
Document Name: **Attorney Appearance Filed**

---

File Date:        **02/23/2023**
Document Name: **Bail Review Docket Sheet**

---

File Date:        **02/23/2023**
Document Name: **Commitment Pending Hearing**

---

File Date:        **02/23/2023**
Document Name: **Bond Posted**

---

File Date:        **02/23/2023**
Document Name: **Release From Commitment**

---

File Date:        **03/15/2023**
Document Name: **Criminal Indictment**

---

File Date:        **03/15/2023**
Document Name: **Criminal Information Filed in Circuit Court**

---

File Date:        **03/15/2023**
Document Name: **Attorney Appearance for State**

---

File Date:        **03/15/2023**
Document Name: **Request to Issue Summons**

---

File Date:        **03/15/2023**
Document Name: **Arrest Date**

---

File Date:        **03/16/2023**
Document Name: **Transmittal Form**

---

File Date:        **03/16/2023**
Document Name: **Summons Issued (Service Event)**

---

File Date:        **04/19/2023**

File Date:    **04/19/2023**
Document Name: **Motion / Request - For Speedy Trial**

---

File Date:    **04/19/2023**
Document Name: **Discovery Pursuant to Rule 4-263**

---

File Date:    **04/19/2023**
Document Name: **Motion / Request / Demand for Discovery and Inspection**

---

File Date:    **04/19/2023**
Document Name: **Omnibus Motion**

---

File Date:    **04/19/2023**
Document Name: **Demand / Request for Presence of Chemist/Analyst**

---

File Date:    **04/20/2023**
Document Name: **Writ /Summons/Pleading - Electronic Service**

---

File Date:    **04/20/2023**
Document Name: **Writ /Summons/Pleading - Electronic Service**

---

File Date:    **04/20/2023**
Document Name: **Criminal Assignment Notice**

---

File Date:    **04/24/2023**
Document Name: **Notice Filed**

---

File Date:    **04/27/2023**
Document Name: **Notice Filed**

---

File Date:    **05/08/2023**
Document Name: **Ruling**

---

File Date:    **05/08/2023**
Document Name: **Writ /Summons/Pleading - Electronic Service**

---

File Date:    **05/10/2023**

File Date:      **05/18/2023**
Document Name: **Pretrial Release**

File Date:      **05/18/2023**
Document Name: **Order**

File Date:      **05/18/2023**
Document Name: **Writ /Summons/Pleading – Electronic Service**

File Date:      **05/19/2023**
Document Name: **Notice Filed**

File Date:      **05/19/2023**
Document Name: **Supporting Document**

File Date:      **06/06/2023**
Document Name: **Hearing Sheet**

File Date:      **09/13/2023**
Document Name: **Motion / Request – To Dismiss**

File Date:      **09/13/2023**
Document Name: **Supporting Exhibit**

File Date:      **09/13/2023**
Document Name: **Supporting Exhibit**

File Date:      **09/13/2023**
Document Name: **Supporting Exhibit**

File Date:      **09/13/2023**
Document Name: **Supporting Exhibit**

File Date:      **09/18/2023**
Document Name: **Hearing Sheet**

File Date:      **09/18/2023**

File Date:    **09/18/2023**
Document Name: **Writ /Summons/Pleading - Electronic Service**

---

File Date:    **09/18/2023**
Document Name: **Criminal Assignment Notice**

---

File Date:    **09/28/2023**
Document Name: **State's Answer / Response**

---

File Date:    **09/28/2023**
Document Name: **Supporting Exhibit**

---

File Date:    **09/29/2023**
Document Name: **Response/Reply**

---

File Date:    **09/29/2023**
Document Name: **Supporting Exhibit**

---

File Date:    **09/29/2023**
Document Name: **Supporting Exhibit**

---

File Date:    **09/29/2023**
Document Name: **Supporting Exhibit**

---

File Date:    **09/29/2023**
Document Name: **Notice of Discovery**

---

File Date:    **09/29/2023**
Document Name: **Notice of Discovery**

---

File Date:    **09/29/2023**
Document Name: **Notice of Discovery**

---

File Date:    **09/29/2023**
Document Name: **Notice of Discovery**

---

File Date:    **09/29/2023**

File Date: **09/29/2023**
Document Name: **Notice of Discovery**

File Date: **09/29/2023**
Document Name: **Notice of Discovery**

File Date: **09/29/2023**
Document Name: **Notice of Discovery**

File Date: **09/29/2023**
Document Name: **Notice of Discovery**

File Date: **10/02/2023**
Document Name: **Hearing Sheet**

File Date: **10/02/2023**
Document Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **10/02/2023**
Document Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **10/02/2023**
Document Name: **Criminal Assignment Notice**

File Date: **10/02/2023**
Document Name: **Waiver of Hick's Rule**

File Date: **10/05/2023**
Document Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **10/05/2023**
Document Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **10/05/2023**
Document Name: **Criminal Assignment Notice**

File Date: **11/16/2023**

File Date:         **11/20/2023**
Document Name: **Motion - Reconsideration**

---

File Date:         **11/20/2023**
Document Name: **Supporting Exhibit**

---

File Date:         **11/20/2023**
Document Name: **Supporting Exhibit**

---

File Date:         **11/20/2023**
Document Name: **Supporting Exhibit**

---

File Date:         **11/20/2023**
Document Name: **Supporting Exhibit**

---

File Date:         **11/21/2023**
Document Name: **Ruling**

---

File Date:         **11/21/2023**
Document Name: **Writ /Summons/Pleading - Electronic Service**

---

File Date:         **11/27/2023**
Document Name: **Motion/Request/Notice - Strike/Withdraw Appearance**

---

File Date:         **11/28/2023**
Document Name: **Motion / Request - To Dismiss**

---

File Date:         **11/28/2023**
Document Name: **Motion**

---

File Date:         **11/28/2023**
Document Name: **Ruling**

---

File Date:         **11/28/2023**
Document Name: **Writ /Summons/Pleading - Electronic Service**

---

File Date:         **11/29/2023**

File Date:        **11/29/2023**
Document Name: **Writ /Summons/Pleading - Electronic Service**

File Date:        **11/29/2023**
Document Name: **Criminal Assignment Notice**

File Date:        **11/29/2023**
Document Name: **Ruling**

File Date:        **11/29/2023**
Document Name: **Writ /Summons/Pleading - Electronic Service**

File Date:        **12/04/2023**
Document Name: **Hearing Sheet**

File Date:        **12/04/2023**
Document Name: **Hearing Sheet**

File Date:        **12/05/2023**
Document Name: **Writ /Summons/Pleading - Electronic Service**

File Date:        **12/05/2023**
Document Name: **Waiver of Hick's Rule**

File Date:        **12/05/2023**
Document Name: **Writ /Summons/Pleading - Electronic Service**

File Date:        **12/05/2023**
Document Name: **Criminal Assignment Notice**

File Date:        **12/18/2023**
Document Name: **Ruling**

File Date:        **12/18/2023**
Document Name: **Writ /Summons/Pleading - Electronic Service**

File Date:        **02/20/2024**

File Date:      **02/20/2024**
Document Name: **Ruling**

---

File Date:      **02/21/2024**
Document Name: **Writ /Summons/Pleading - Electronic Service**

---

File Date:      **02/21/2024**
Document Name: **Writ /Summons/Pleading - Electronic Service**

---

File Date:      **02/21/2024**
Document Name: **Criminal Assignment Notice**

---

File Date:      **02/22/2024**
Document Name: **Correspondence**

---

File Date:      **02/22/2024**
Document Name: **Ruling**

---

File Date:      **02/22/2024**
Document Name: **Writ /Summons/Pleading - Electronic Service**

---

File Date:      **02/26/2024**
Document Name: **Hearing Sheet**

---

File Date:      **02/26/2024**
Document Name: **Writ /Summons/Pleading - Electronic Service**

---

File Date:      **02/26/2024**
Document Name: **Criminal Assignment Notice**

---

File Date:      **05/24/2024**
Document Name: **Motion / Request / Demand for Discovery and Inspection**

---

File Date:      **05/24/2024**
Document Name: **Supporting Exhibit**

---

File Date:      **05/24/2024**

File Date:        **06/05/2024**
Document Name: **State's Answer / Response**

---

File Date:        **06/05/2024**
Document Name: **Ruling**

---

File Date:        **06/05/2024**
Document Name: **Writ /Summons/Pleading – Electronic Service**

---

File Date:        **06/10/2024**
Document Name: **Motion**

---

File Date:        **06/10/2024**
Document Name: **Motion**

---

File Date:        **06/10/2024**
Document Name: **Ruling**

---

File Date:        **06/10/2024**
Document Name: **Writ /Summons/Pleading – Electronic Service**

---

File Date:        **06/10/2024**
Document Name: **Ruling**

---

File Date:        **06/10/2024**
Document Name: **Writ /Summons/Pleading – Electronic Service**

---

File Date:        **06/11/2024**
Document Name: **Voir Dire**

---

File Date:        **06/11/2024**
Document Name: **Motion**

---

File Date:        **06/11/2024**
Document Name: **Ruling**

---

File Date:        **06/11/2024**

File Date:        **06/14/2024**
Document Name: **Return/Affidavit of Served Subpoena**

File Date:        **06/14/2024**
Document Name: **Motion**

File Date:        **06/14/2024**
Document Name: **Order - Motion/Request/Petition Granted**

File Date:        **06/24/2024**
Document Name: **Requested Voir Dire**

File Date:        **06/24/2024**
Document Name: **Hearing Sheet**

File Date:        **06/24/2024**
Document Name: **Writ /Summons/Pleading - Electronic Service**

File Date:        **06/24/2024**
Document Name: **Court Found Good Cause for Postponement**

File Date:        **06/24/2024**
Document Name: **Writ /Summons/Pleading - Electronic Service**

File Date:        **06/24/2024**
Document Name: **Criminal Assignment Notice**

File Date:        **06/26/2024**
Document Name: **Correspondence**

## Service Information

| Service Type | Issued Date |
|---|---|
| **Summons Issued** | **03/16/2023** |

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

Copyright © 2024, Maryland Judiciary. All rights reserved.
Service Desk: (410) 260-1114

Copyright © 2024, Maryland Judiciary. All rights reserved.
Service Desk: (410) 260-1114