**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| KEVIN A. SOPER,<br><br>Plaintiff,<br><br>v.<br><br>WILLIE FARRAR and<br>DALE MONEY, *et al.*,<br><br>Defendants. | Civil Action No. 1:26-cv-00069-JRR |

**MOTION FOR EXTENSION OF TIME**
**<u>TO RESPOND TO THE SECOND AMENDED COMPLAINT</u>**

Defendants, Willie Farrar and Dale Money, respectfully request an extension of time to answer or otherwise respond to the Second Amended Complaint by seven (7) days, from September 22, 2026, to on or before September 29, 2026. On September 9, 2026, in accordance with Local Rule 105(9), undersigned counsel reached out to Plaintiff by email for consent to the requested extension. Undersigned counsel did not receive a response to the request. However, based on a previous interaction with Plaintiff by telephone, undersigned counsel represents that Plaintiff is likely to oppose this motion.

There is good cause for the requested one-week extension. The Second Amended Complaint was deemed filed and served on September 8, 2026, ECF No. 38, and this Court ordered the parties to respond in accordance with the Federal Rules of Civil Procedure and by this Court's Local Rules. ECF No. 39. Under the Federal Rules of Civil Procedure, Defendants have 14 days to file a response. Fed. R. Civ. P. 15(a)(3). The Second Amended Complaint contains 14 counts, 12 of which appear to apply to Defendants Farrar and Money. *See* ECF No.

38. The claims are disparate legal claims, ranging from civil rights violations to tort claims. Undersigned counsel has learned that agency counsel at the Department of Veterans Affairs ("VA") is out of the office until September 22, 2026, the date the response is currently due. Undersigned counsel will require VA Office of General Counsel ("OGC") approval before the response may be finalized, and estimates that the one-week extension will be sufficient to allow for the agency's review and finalization of the response.

In accordance with Local Rule 105(1), a proposed order accompanies this motion.

Date: September 9, 2026

Respectfully submitted,

Kelly O. Hayes
United States Attorney

*/s/ Theodore W. Atkinson*

Theodore W. Atkinson
(Bar No. 32225)
Assistant United States Attorney
36 S. Charles Street, Fourth Floor
Baltimore, Maryland 21201
410-209-4921
theodore.atkinson2@usdoj.gov
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I certify that on September 9, 2026, I caused a copy of the foregoing to be served on Plaintiff by filing a copy of the same through this Court's CM/ECF system, in accordance with Local Rule 102(1)(c).

*/s/ Theodore Atkinson*
THEODORE W. ATKINSON
Assistant United States Attorney