**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| KEVIN A. SOPER,<br><br>Plaintiff,<br><br>v.<br><br>WILLIE FARRAR and<br>DALE MONEY, *et al.*,<br><br>Defendants. | Civil Action No. 1:26-cv-00069-JRR |

**[PROPOSED] ORDER**

This matter comes before the Court on Defendants' Motion for Extension of Time to Respond to the Second Amended Complaint. Having considered the motion and memorandum in support, and for good cause shown, it is hereby ORDERED that the motion is GRANTED and Defendant shall respond to Plaintiff's Second Amended Complaint, ECF No. 38, on or before September 29, 2026.

So ORDERED this ____ day of ________, 2026

________________________________
Julie Rebecca Rubin
United States District Judge