# In The Federal District Court for Maryland

| | | |
|---|---|---|
| Kevin A. Soper (Pro Se) | * | |
| | * | |
| v | * | Case Number 1:26-cv-00069 |
| | * | |
| Willie Farrar, Dale Money | * | |
| Robert Sentman, | * | Plaintiff consents to Magistrate Jurisdiction |
| Charlene M. Notarcola | * | Jury Trial Demanded |

## Plaintiff's Reply to Defendant's Motion for Extension of Time to Respond to Plaintiff's Second Amended Compaint

Plaintiff in the above captioned matter does not oppose Defendant Farrar and Defendant Money's Motion to Extend time to respond to the Second Amended Complaint.

Plaintiff notes that no email communication from the defendants named in the Motion can be found and that no prior "phone call" or other communication has taken place or been attempted. Plaintiff has never personally spoken to Counsel for any defendant in this case.

**Respectfully Submitted,**

9/10/2026

**Kevin A. Soper** **Date**

## Certificate of Service

**Kevin A. Soper, Plaintiff in the above captioned case certifies that the above styled Reply to Defendant's Motion for Extension of Time to Respond has been served on all Parties via the court's ECF System.**

9/10/2026

**Kevin A. Soper** **Date**