# In The Federal District Court for Maryland

| | | |
|---|---|---|
| Kevin A. Soper (Pro Se) | * | |
| | * | |
| v | * | Case Number 1:26-cv-00069 |
| | * | |
| Willie Farrar, Dale Money | * | |
| Robert Sentman, | * | Plaintiff consents to Magistrate Jurisdiction |
| Charlene M. Notarcola | * | Jury Trial Demanded |

## Certificate of Service

Plaintiff in the above captioned matter, Kevin A Soper, hereby certifies that all named Defendants in the above captioned case have each been served the Second Amended Complaint[ECF 38]. The State Defendants were served electronically through the Court's ECF System.

The Federal Defendants were served by USPO Certified Mail sent on September 9th, 2026 to the following:

**Willie Farrar** at Perry Point VA Police Dept 361 Boiler House Road, Ave. D #59 Perry Point, MD 21902 (USPO Tracking Number- 9589 0710 5270 4638 1477 83)

**Dale Money** at Perry Point VA Police Dept 361 Boiler House Road, Ave. D #59 Perry Point, MD 21902 (USPO Tracking Number- 9589 0710 5270 4638 1487 06)

**U.S. Asst Atty** - Civil Division 101 W. Lombard St. Baltimore, MD. 21201

(USPO Tracking Number- 9589 0710 5270 4638 1477 90)

**U.S. Department of Justice Civil Division** - Maryland 950 Pennsylvania Avenue, NW Washington, DC 20530 (USPO Tracking Number- 9589 0710 5270 4638 1477 76)

9/9/2026

Kevin A. Soper, Pro Se Date