**IN THE**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| KEVIN SOPER, | * | |
| *Plaintiff*, | * | |
| v. | * | No. 1:26-cv-00069-JRR |
| WILLIE FARRAR, ET AL., | * | |
| *Defendants*. | * | |

* * * * * * * * * * * *

**MOTION TO DISMISS SECOND AMENDED COMPLAINT**

Defendants, Charlene Notarcola, and Robert Sentman, by their undersigned counsel, file this motion to dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(6), and moves this Court to dismiss the Plaintiff's Second Amended Complaint and all claims against them with prejudice. (ECF No. 38.) The grounds for this motion are set out in the accompanying memorandum in support.

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

/s/ Wendy L. Shiff

WENDY L. SHIFF
Federal Bar No. 09076
Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
wshiff@oag.state.md.us
(410) 576-6996
(410) 576-6955 (facsimile)

September 22, 2026

*Attorneys for Defendants*
*Charlene Notarcola and Robert Sentman*

**CERTIFICATE OF SERVICE**

I certify that, on this 22nd day of September, 2026 the foregoing was served by CM/ECF on all registered CMF users.

/s/ Wendy L. Shiff

Wendy L. Shiff