**IN THE**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| KEVIN SOPER, | * | |
| *Plaintiff*, | * | |
| v. | * | No. 1:26-cv-00069-JRR |
| WILLIE FARRAR, ET AL., | * | |
| *Defendants*. | * | |

* * * * * * * * * * * *

**[PROPOSED] ORDER**

Upon consideration of the defendants' motion to dismiss the second amended complaint, and any response thereto,

IT IS HEREBY ORDERED this _________ day of ________________________, 2026;

The motion to dismiss the second amended complaint is GRANTED with prejudice.

________________________________
Julie R. Rubin, Judge