**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| KEVIN A. SOPER,<br><br>Plaintiff,<br><br>v.<br><br>WILLIE FARRAR and<br>DALE MONEY, *et al.*,<br><br>Defendants. | Civil Action No. 1:26-cv-00069-JRR |

**MOTION FOR EXTENSION OF TIME**
**<u>TO RESPOND TO THE SECOND AMENDED COMPLAINT</u>**

Defendants, Willie Farrar and Dale Money, respectfully request an extension of the deadline to answer or otherwise respond to the Second Amended Complaint by ten (10) days, from September 29, 2026, to October 6, 2026. In accordance with Local Rule 105(9), undersigned counsel did not find it practicable to seek the consent of Plaintiff, who is unrepresented and who has previously indicated his unwillingness to consent to any request by the government.

This is Defendants' second request for an extension to respond to the Second Amended Complaint. In the first request, Defendants sought an additional seven (7) days to respond, owing largely to the fact that agency counsel was on leave and did not return to the office until the date of the original deadline and additional agency review would need to be coordinated. Undersigned counsel represented at the time that he estimated that an additional week would be sufficient to finalize the response. That estimate was regrettably incorrect. Agency counsel will require additional time to review the response, which is an anticipated motion to dismiss each of

the claims against Defendants Farrar and Money. In addition, undersigned counsel has been unable to fully coordinate a time to discuss the anticipated motion with his clients, Defendants Farrar and Money. Rather than underestimate the time needed for an extension again, undersigned counsel requests a ten (10) day extension to avoid any further request. Undersigned counsel further represents to this Court that the requested extension is not sought for dilatory purposes. Undersigned counsel notes that a motion to dismiss by the State defendants remains pending, and the resolution of that motion does not appear to depend on the response by Defendants Farrar and Money.

In accordance with Local Rule 105(1), a proposed order accompanies this motion.

Date: September 29, 2026

Respectfully submitted,

Kelly O. Hayes
United States Attorney

*/s/ Theodore W. Atkinson*
Theodore W. Atkinson
(Bar No. 32225)
Assistant United States Attorney
36 S. Charles Street, Fourth Floor
Baltimore, Maryland 21201
410-209-4921
theodore.atkinson2@usdoj.gov
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I certify that on September 29, 2026, I caused a copy of the foregoing to be served on Plaintiff by filing a copy of the same through this Court's CM/ECF system, in accordance with Local Rule 102(1)(c).

*/s/ Theodore Atkinson*
THEODORE W. ATKINSON
Assistant United States Attorney