# In The Federal District Court for Maryland

| | | |
|---|---|---|
| Kevin A. Soper (Pro Se) | * | |
| | * | |
| v | * | Case Number 1:26-cv-00069 |
| | * | |
| Willie Farrar, Dale Money | * | |
| Robert Sentman, | * | Plaintiff consents to Magistrate Jurisdiction |
| Charlene M. Notarcola | * | Jury Trial Demanded |

## Plaintiff's Reply to Defendant's Motion for Extension of Time to Respond to Plaintiff's Second Amended Complaint

Plaintiff in the above captioned matter does not oppose Defendant Farrar and Defendant Money's SECOND Motion to Extend time to respond to the Plaintiff's Second Amended Complaint.

Plaintiff notes that he has never, "previously indicated his unwillingness to consent to any request by the government", as the Defendant's Counsel affirmatively states. Plaintiff filed a response to the Defendant's prior Motion to Extend without objection and in good faith as he does for a second time here. Nothing in the current record could support an assertion of "unwillingness to consent".

**Respectfully Submitted,**

9/29/2026

**Kevin A. Soper** **Date**

## Certificate of Service

**Kevin A. Soper, Plaintiff in the above captioned case certifies that the above styled Reply to Defendant's Motion for Extension of Time to Respond has been served on all Parties via the court's ECF System.**

9292026

**Kevin A. Soper** **Date**