**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

KEVIN A. SOPER,

Plaintiff,

v.

WILLIE FARRAR and
DALE MONEY, *et al.*,

Defendants.

Civil Action No. 1:26-cv-00069-JRR

**REPLY IN SUPPORT OF MOTION FOR EXTENSION OF TIME**
**AND RESPONSE TO COURT'S ORDER REGARDING MEET AND CONFER**

Defendants, Willie Farrar and Dale Money, respectfully submit this reply in support of their motion to extend, ECF No. 46, and in response to the Court's Order, ECF No. 47.

On September 9, 2026, undersigned counsel emailed Plaintiff and sought his consent on Defendants' first motion to extend the time to respond to the Second Amended Complaint. Plaintiff did not respond to that email. Under Local Rule 105(9), undersigned counsel did not find it practicable to confer with unrepresented Plaintiff with respect to the second request for an extension, based on Plaintiff's decision not to respond to undersigned counsel's previous request for an extension. Plaintiff has now responded to the pending motion to extend, ECF No. 48, and has indicated that he does not oppose the requested extension until October 9, 2026.

Plaintiff's latest filing states his position that he never signaled unwillingness to consent to Defendants' request for an extension. Undersigned counsel intended his statement that Plaintiff "has previously indicated his unwillingness to consent to any request by the government" to reflect that Plaintiff has not previously responded to undersigned counsel's

emailed request for consent regarding the extension. Plaintiff has interpreted that statement more broadly to mean that Plaintiff had never agreed to the extension, and undersigned counsel regrets that the statement was inartful and gave Plaintiff a misimpression.

Finally, undersigned counsel represents to the Court that he will make future efforts to confer with Plaintiff regarding litigation motions, including any motions for an extension.

Date: September 30, 2026

Respectfully submitted,

Kelly O. Hayes
United States Attorney

*/s/ Theodore W. Atkinson*
Theodore W. Atkinson
(Bar No. 32225)
Assistant United States Attorney
36 S. Charles Street, Fourth Floor
Baltimore, Maryland 21201
410-209-4921
theodore.atkinson2@usdoj.gov
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I certify that on September 30, 2026, I caused a copy of the foregoing to be served on Plaintiff by filing a copy of the same through this Court's CM/ECF system, in accordance with Local Rule 102(1)(c).

*/s/ Theodore Atkinson*
THEODORE W. ATKINSON
Assistant United States Attorney