**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| KEVIN A. SOPER,<br><br>Plaintiff,<br><br>v.<br><br>WILLIE FARRAR and<br>DALE MONEY, *et al.*,<br><br>Defendants. | Civil Action No. 1:26-cv-00069-JRR |

**FEDERAL DEFENDANTS' MOTION TO DISMISS OR,**
**IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendants, Willie Farrar and Dale Money, respectfully request that this Court enter an order dismissing the Second Amended Complaint, ECF No. 38, against them.

Plaintiff Kevin A. Soper was convicted on numerous counts of violating the Maryland Wiretap Act as a result of illegal video recording in a Veterans Administration ("VA") hospital. Among Defendants are VA police officers Farrar and Money, who executed judicial warrants for Soper's arrest and search of his cell phone related to his criminal charges in Maryland state court. Soper now sues Farrar and Money on a panoply of constitutional, civil rights, tort, and other grounds. For the reasons set forth in the accompanying memorandum in support, none of his claims against Farrar and Money are legally viable. This Court should dismiss the claims under Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction or Fed. R. Civ. P. 12(b)(6) for failure to state a claim, or, alternatively, grant Defendants Farrar and Money summary judgment.

In accordance with Local Rule 105(1), a proposed order also accompanies this motion.

Date: October 6, 2026

Respectfully submitted,

Kelly O. Hayes
United States Attorney

*/s/ Theodore W. Atkinson*

Theodore W. Atkinson
(Bar No. 32225)
Assistant United States Attorney
36 S. Charles Street, Fourth Floor
Baltimore, Maryland 21201
410-209-4921
theodore.atkinson2@usdoj.gov
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on October 6, 2026, I caused a copy of the foregoing to be served on Plaintiff by filing a copy of the same through this Court's CM/ECF system, in accordance with Local Rule 102(1)(c).

*/s/ Theodore Atkinson*
THEODORE W. ATKINSON
Assistant United States Attorney