**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

KEVIN A. SOPER,

Plaintiff,

v.

WILLIE FARRAR and
DALE MONEY, *et al.*,

Defendants.

Civil Action No. 1:26-cv-00069-JRR

**[PROPOSED] ORDER**

This matter comes before the Court on Federal Defendants' Motion to Dismiss or, Alternatively, for Summary Judgment. Having considered the motion and memorandum in support and all arguments in opposition, it is hereby ORDERED that the motion is GRANTED and the Second Amended Complaint, ECF No. 38, is DISMISSED.

So ORDERED this ____ day of ________, 2026

______________________________
Julie Rebecca Rubin
United States District Judge