# In The Federal District Court for Maryland

| | | |
|---|---|---|
| Kevin A. Soper (Pro Se) | * | |
| | * | |
| v | * | Case Number 1:26-cv-00069 |
| | * | |
| Willie Farrar, Dale Money | * | |
| Robert Sentman, | * | Plaintiff consents to Magistrate Jurisdiction |
| Charlene M. Notarcola | * | Jury Trial Demanded |

## PLAINTIFF'S DECLARATION PURSUANT TO FED. R. CIV. P. 56(d)

## STATE OF MARYLAND COUNTY OF HARFORD

I, Kevin A. Soper, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the Plaintiff in the above-captioned matter and submit this Declaration in opposition to the Federal Defendants' alternative motion for summary judgment.
2. No discovery has occurred in this case.
3. The Second Amended Complaint (SAC) alleges a conspiracy between federal officers and a state prosecutor, ultra vires conduct, misrepresentations on warrant affidavits, and personal animus toward Plaintiff's protected press activities, all of which require discovery to fully develop.
4. To properly oppose a motion for summary judgment, Plaintiff requires discovery regarding specific facts and evidence that are currently uniquely within the Defendants' control, including but not limited to:

- The existence *vel non* of a Memorandum of Understanding (MOU) between the VA Police and Maryland law enforcement;
- Internal VA communications regarding the preparation and execution of the warrant applications;
- Training records of the involved officers regarding jurisdiction and press interactions; and
- The explicit recorded timeline and logging of the phone seizure relative to the actual issuance of the warrant.

- Investigative communications with the State.

5. Without access to these materials through formal discovery, Plaintiff cannot present facts essential to justify his opposition to a summary judgment. Therefore, any summary judgment ruling at this stage would be entirely premature under *Celotex Corp. v. Catrett*, 477 U.S. 317, 322 (1986).

---

Further affiant saith naught.

10/29/2026

Kevin A. Soper Date

704 Cedarday Drive

Bel Air, MD 21015

**SUBSCRIBED AND SWORN TO before me**, the undersigned authority, this 29 day of October, 2026.

---

Notary Public My Commission Expires: 10/27/2028

---

**SEAL:**

JARED HAWKINS
NOTARY PUBLIC
HARFORD COUNTY, MARYLAND
MY COMMISSION EXPIRES OCTOBER 27, 2028